Beth E. Terrell, WSBA #26759
Attorneys for Plaintiff
TERRELL MARSHALL DAUDT
 & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: bterrell@tmdwlaw.com

[Additional Counsel Appear On Signature Page]

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

DANIEL JOSEPH, an individual, on behalf of himself and all others similarly situated,

Plaintiff,

v.

TRUEBLUE, INC., dba LABOR READY, INC., and TRUEBLUE, INC., Washington corporations,

Defendants.

NO. 2:14-cv-00316 SMJ

**MOTION FOR ADMISSION PRO HAC VICE**

Keith James Keogh (the "Applicant") hereby moves the Court to enter an order permitting him to participate in this case *Pro Hac Vice* as counsel for Plaintiff Daniel Joseph ("Plaintiff"), pursuant to Local Rule 83.2(c). In support of this Motion, the Applicant states as follows:

MOTION FOR ADMISSION PRO HAC
VICE - 1
Case No. 2:14-cv-00316 SMJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1.     1.     The Applicant is a principal of the law firm of Keogh Law, Ltd., in Chicago, Illinois.

2.     2.     The Applicant is a member in good standing of the bars of several United States federal courts, the highest state court of Illinois.

3.     3.     The Applicant does not reside in the State of Washington and does not maintain an office in the State of Washington.

4.     4.     The Applicant responds to the information requested in Local Rule 83.2(c)(2) as follows:

(a)     The Applicant's address and telephone number are 55 W. Monroe Street, Suite 3390, Chicago, Illinois, 60603; telephone: (312) 726-1092; facsimile: (312) 726-1093; email: keith@keoghlaw.com.

(b)     The dates of admission to practice before other courts are listed below:

| State Bar Admissions | Date Admitted |
| --- | --- |
| Illinois | May 6, 1999 |

| Federal Bar Admissions | Date Admitted |
| --- | --- |
| Northern District of Illinois | September 10, 1999 |
| Southern District of Indiana | January 26, 2000 |
| Eastern District of Wisconsin | April 8, 2011 |

MOTION FOR ADMISSION PRO HAC VICE - 2
Case No. 2:14-cv-00316 SMJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| | | |
|---|---|---|
| 1 | District of Colorado | August 27 2012 |
| 2 | Central District of Illinois | August 28, 2013 |
| 3 | United States Court of Appeals Seventh Circuit | May 9, 2000 |

      (c)    The name, address and telephone number of admitted counsel with whom the Applicant will be associated is Beth E. Terrell, of Terrell Marshall Daudt & Willie PLLC, 936 North 34th Street, Suite 300, Seattle, Washington, 98103-8869; telephone (206) 816-6603; facsimile (206) 350-3528; email: bterrell@tmdwlaw.com, enusser@tmdwlaw.com.

      (d)    The Applicant's appearance is necessary because Plaintiff in this action have retained him in this action.

      (e)    There are no disciplinary sanction actions pending against the Applicant and the Applicant has never been subject to any disciplinary sanctions by any court or Bar Association.

    5.    The Applicant understands that if he is admitted *Pro Hac Vice* he will be subject to the disciplinary jurisdiction of this Court.

    6.    The Applicant is familiar with the facts, issues and documents associated with this case.

    7.    The Applicant is familiar with the local rules of this Court.

MOTION FOR ADMISSION PRO HAC VICE - 3
Case No. 2:14-cv-00316 SMJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1    WHEREFORE, Keith James Keogh, respectfully requests that the Court
2 enter an order granting the admission *Pro Hac Vice* of Keith James Keogh during
3 the pendency of this case.

4    I declare under penalty of perjury under the laws of the United States of
5 America that the foregoing is true and correct.

6 Dated: 9-30-14

7                                              Keith James Keogh, Applicant

MOTION FOR ADMISSION PRO HAC VICE - 4
Case No. 2:14-cv-00316 SMJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## STATEMENT OF LOCAL COUNSEL

I, Beth E. Terrell, states that I am co-counsel for Plaintiff in this matter. I will participate in a meaningful manner in preparation and trial of this case and am are authorized and will be prepared to handle this matter, including trial, in the event that the applicant Keith James Keogh is unable to be present upon any date assigned by the Court.

RESPECTFULLY SUBMITTED AND DATED this 1st day of October, 2014.

TERRELL MARSHALL DAUDT
& WILLIE PLLC

By: /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Attorneys for Plaintiff
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528
Email: bterrell@tmdwlaw.com

MOTION FOR ADMISSION PRO HAC VICE - 5
Case No. 2:14-cv-00316 SMJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on October 2, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*No Appearances*

DATED this 2nd day of October, 2014.

                                    TERRELL MARSHALL DAUDT
                                        & WILLIE PLLC


                          By:   /s/ Beth E. Terrell, WSBA #26759
                               Beth E. Terrell, WSBA #26759
                               Attorneys for the Plaintiff
                               936 North 34th Street, Suite 300
                               Seattle, Washington  98103-8869
                               Telephone:  (206) 816-6603
                               Facsimile:  (206) 350-3528
                               Email:  bterrell@tmdwlaw.com

s

MOTION TO APPEAR PRO HAC VICE - 6
Case No. 2:14-cv-00316 SMJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com