Michael E. McAleenan, WSBA #29426
SMITH ALLING, PS
Attorneys for Defendants
1515 Dock Street, Suite 3
Tacoma, WA 98402
253-627-1091
253-627-0123 (fax)
mmc@smithalling.com
julie@smithalling.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL JOSEPH, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUEBLUE, INC. d/b/a LABOR READY, INC., and TRUEBLUE, INC., Washington corporations,<br><br>Defendants. | No. 2:14-cv-00316<br><br>MOTION TO APPEAR PRO HAC VICE<br><br>11/24/2014<br>Without Oral Argument |

(a)   Applicant's address and phone number: David R. Ongaro, Thompson & Knight, LLP, 50 California Street, Suite 3325, San Francisco, CA 94111, 415-433-3901, 415-433-3950 (fax); david.ongaro@tklaw.com.

(b)   Dates of admission to practice before other courts:

MOTION TO APPEAR PRO HAC VICE
(Cause No. 2:14-cv-00316) – Page 1

SMITH ALLING
ATTORNEYS AT LAW

1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

| Court: | Date of Admission |
|---|---|
| California Supreme Court | 1991 |
| US Court of Appeals for the Ninth Circuit | 1991 |
| USDC, Northern District of California | 1991 |
| USDC, Eastern District of California | 1993 |
| USDC, Central District of California | 2002 |
| USDC, District of Arizona | 2009 |
| USDC, Middle District of Florida | 2009 |
| USDC, Middle District of Pennsylvania | 2010 |
| USDC, District of Nevada | 2011 |
| Circuit Court for the State of Oregon | 2014 |
| District Court, State of Minnesota | 2014 |

(c)  The name, address and phone number of admitted counsel with whom the applicant will be associated: Michael E. McAleenan, Smith Alling, PS, 1515 Dock Street, Suite 3, Tacoma, WA 98402, 253-627-1091, mmc@smithalling.com.

(d)  The necessity for appearance by the applicant: Applicant will provide needed additional assistance to aid in the completion of discovery, briefing, and trial preparation. Applicant also has specialized expertise and has

MOTION TO APPEAR PRO HAC VICE
(Cause No. 2:14-cv-00316) – Page 2



1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

represented the defendant for over a decade in its class action litigation. Applicant's familiarity with this client will assist in the expedient resolution of this matter.

(e) Whether the applicant has any pending disciplinary sanction actions or has ever been subject to any disciplinary sanctions by any court or Bar Association: None.

DATED this 22nd day of October, 2014.

SMITH ALLING, P.S.

By */s/ Michael E. McAleenan*
Michael E. McAleenan, WSBA #29426
Attorney for Defendants
Smith Alling, PS
1515 Dock Street, Suite 3
Tacoma, WA 98402
253-627-1091 ▪ 253-627-0123 (fax)
mmc@smithalling.com; julie@smithalling.com

MOTION TO APPEAR PRO HAC VICE
(Cause No. 2:14-cv-00316) – Page 3

SMITH ALLING PS
ATTORNEYS AT LAW
1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

# CERTIFICATE OF SERVICE

I hereby certify that I have this ____ day of October, 2014, served a true and correct copy of the foregoing document, via the methods noted below, properly addressed as follows:

*Counsel for Plaintiff:*

| | |
|---|---|
| Beth E. Terrell, WSBA #26759<br>TERRELL MARSHALL DAUDT<br>& WILLIE PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Facsimile: (206) 350-3528<br>Email: bterrell@tmdwlaw.com | ____ Hand Delivery<br>____ U.S. Mail (first-class, postage prepaid)<br>____ Overnight Mail<br>____ Facsimile<br>____ Email<br>**X** ECF |
| Keith James Keogh<br>KEOGH LAW, LTD.<br>55 W. Monroe Street, Suite 3390<br>Chicago, Illinois 60603<br>Facsimile: (312) 726-1093<br>Email: keith@keoghlaw.com | ____ Hand Delivery<br>____ U.S. Mail (first-class, postage prepaid)<br>____ Overnight Mail<br>____ Facsimile<br>____ Email:<br>**X** ECF |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this ____ day of October, 2014, at Tacoma, Washington.

/s/ Julie Perez
JULIE PEREZ

MOTION TO APPEAR PRO HAC VICE
(Cause No. 2:14-cv-00316) – Page 4

5680 18 pj152608 10/15/14

SMITH ALLING PS
ATTORNEYS AT LAW
1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123