DAVID R. ONGARO, CA SBN. 154698 (*pro hac vice pending*)
david.ongaro@tklaw.com
AMELIA D. WINCHESTER, CA SBN. 257928(*pro hac vice pending*)
amelia.winchester@tklaw.com
THOMPSON & KNIGHT LLP
50 California Street, Suite 3325
San Francisco, CA 94111
Telephone: (415) 433-3900
Facsimile: (415) 433-3950

Michael E. McAleenan, WSBA #29426
SMITH ALLING, PS
Attorneys for Defendants
1515 Dock Street, Suite 3
Tacoma, WA 98402
253-627-1091
253-627-0123 (fax)
mmc@smithalling.com
julie@smithalling.com

*Attorneys for Defendants TRUEBLUE, INC. d/b/a LABOR READY, INC.,*
*and TRUEBLUE, INC., Washington corporations*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL JOSEPH, an individual on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>TRUEBLUE, INC. d/b/a LABOR READY, INC., and TRUEBLUE, INC., Washington corporations,<br><br>        Defendants. | No. 2:14-cv-00316<br><br>DECLARATION OF TODD GILMAN IN SUPPORT OF MOTION TO TRANSFER VENUE |

SMITH | ALLING PS
ATTORNEYS AT LAW

1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

I, Todd Gilman, declare as follows:

1.     I am over 18 years of age and make this declaration based on personal knowledge and, if sworn as a witness, I could and would testify competently to the facts contained herein.

2.     I am the Deputy General Counsel of Defendant TrueBlue, Inc. ("TrueBlue"). I have held this role since May 2010 and work out of TrueBlue's headquarters in Tacoma, Washington.

3.     TrueBlue is a leading provider of staffing solutions for a wide variety of customers across the country. TrueBlue in the business of matching individuals seeking employment with customers who need employees on both a short-term and long-term basis.

4.     Last year, TrueBlue helped match over 350,000 out-of-work or under-employed individuals with job opportunities.

5.     TrueBlue is headquartered in Tacoma, Washington at 1015 A Street, Tacoma, Washington 98401, and has been headquartered in Tacoma since 1995.

6.     Labor Ready Midwest, Inc. ("Labor Ready Midwest") is a wholly-owned subsidiary of TrueBlue, and specializes in blue collar on-demand labor needs for a variety of businesses. Labor Ready Midwest is incorporated in Washington State; however, it does not do business in Washington state. Labor Ready Midwest does not have employees in Washington State, does not conduct any marketing in Washington State, and does not even have a license to do business in Washington State. Labor Ready Midwest does business in several Midwestern states, including specifically Minnesota, where, according to our records, Plaintiff performed 100 percent of his work.

7.     Although Labor Ready Midwest does not do business in Washington, its text messaging dispatch program (which lets workers who opt-in know of jobs that may be a match to their skills) is run out of TrueBlue's Tacoma, Washington headquarters.

SMITH | ALLING PS
ATTORNEYS AT LAW

1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

8. In my role as Deputy General Counsel, I am generally familiar with the various policies and procedures related to obtaining employee consent to receive alerts regarding these potential job opportunities ("Job Alerts") by use of the internal Work Alert Software program.

9. I am also familiar with and have confirmed TrueBlue/Labor Ready's policies, procedures, and records related to removing employees who opt-out of receiving Job Alerts by text message.

10. Further, I am familiar with the TrueBlue/Labor Ready personnel who are responsible for implementing these policies and procedures as part of their job duties and who would, therefore, have the most relevant knowledge regarding how these policies and procedures were implemented with respect to plaintiff Daniel Joseph and in general.

11. These employees also would have important knowledge and information regarding the nature of the systems used to send text messages (a key factor in the pending TCPA claim), the steps the software takes to transmit the messages, the steps and amount of human interaction required to send the messages, as well as the safeguards needed to ensure express consent is obtained prior to transmission, and respected if withdrawn.

12. These employees are located in Tacoma, Washington and include myself, Eric Del Los Santos, Director of Employment Law, Jim Harrer, Sr. Director of Application Development, Carolyn Ascheman, Product Owner for the Work Alert system, various other IT employees, as well as potentially employees in the training and communication department that worked on the compliance training concerning the Job Alert program.

13. In addition, any corporate representative or speaking agent would also be located in Tacoma, Washington, or potentially in Minnesota depending on the issue designated by Plaintiff.

14. Moreover, my team, as well as others located in Tacoma, Washington are responsible for drafting the language regarding the arbitration provisions signed by Plaintiff.

SMITH | ALLING PS
ATTORNEYS AT LAW

1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

This arbitration agreement would have been executed by the branch staff in Minnesota. No aspect of the creation or drafting or execution of the arbitration agreement signed by Plaintiff would have occurred in Spokane, Washington.

15.     Labor Ready Midwest, the entity that employed Plaintiff, did not perform any work in Spokane, Washington, none of the systems that sent a text message to Plaintiff are located in Spokane, and no employee who has any information regarding this case is located in Spokane. Moreover, I am not aware of any documents which would be stored in Spokane, Washington that are relevant to this case.

16.     Further, various records related to Daniel Joseph's employment with Labor Ready Midwest, Inc. have been reviewed in detail.

17.     According to those records, Daniel Joseph applied to work out of the Labor Ready Midwest, Inc. branch in Little Canada, Minnesota on December 10, 2013.

18.     According to Labor Ready's records Daniel Joseph worked for Labor Ready Midwest on three occasions between December 14, 2013 to January 3, 2014. On each of these occasions, Mr. Joseph performed work in Minnesota.

19.     Daniel Joseph provided Labor Ready with a cellular telephone number to receive Job Alerts via text message. This cellular telephone number begins with a 917 area code which is the area code for all of the five boroughs of New York City (Brooklyn, Manhattan, Queens, Staten Island, and the Bronx). To the best of my knowledge, Daniel Joseph never resided in or received any Job Alerts from Labor Ready in Spokane or the State of Washington during the time period from December of 2013 through May of 2014.

20.     Job Alerts are always sent from TrueBlue's headquarters in Tacoma, Washington, after being initiated by multiple steps of human intervention—none of which occurs in Spokane, Washington.

21.     TrueBlue's offices in Tacoma, Washington are approximately 292 miles from the location of the courthouse for the United States District Court for the Eastern District of

SMITH | ALLING PS
ATTORNEYS AT LAW

1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

Washington in Spokane, Washington at 920 West Riverside Ave, Room 840, Spokane, Washington 99201. It would take approximately four and a half hours to drive this distance.

22. This would be extremely inconvenient as it would result in the loss of an entire work day, and could require an overnight stay in Spokane on each occasion on which the attendance of any TrueBlue or Labor Ready personnel would be required for any proceedings.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 23 day of October, 2014 at Tacoma, Washington.



Todd Gilman

SMITH | ALLING ps
ATTORNEYS AT LAW

1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

# CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of October, 2014, served a true and correct copy of the foregoing document, via the methods noted below, properly addressed as follows:

**Counsel for Plaintiff:**

| | |
|---|---|
| Beth E. Terrell, WSBA #26759 | \_\_\_\_ Hand Delivery |
| TERRELL MARSHALL DAUDT | \_\_\_\_ U.S. Mail (first-class, postage |
| & WILLIE PLLC | prepaid) |
| 936 North 34th Street, Suite 300 | \_\_\_\_ Overnight Mail |
| Seattle, Washington 98103 | \_\_\_\_ Facsimile |
| Facsimile: (206) 350-3528 | \_\_\_\_ Email |
| Email: bterrell@tmdwlaw.com | **X** ECF |

| | |
|---|---|
| Keith James Keogh | \_\_\_\_ Hand Delivery |
| KEOGH LAW, LTD. | \_\_\_\_ U.S. Mail (first-class, postage |
| 55 W. Monroe Street, Suite 3390 | prepaid) |
| Chicago, Illinois 60603 | \_\_\_\_ Overnight Mail |
| Facsimile: (312) 726-1093 | \_\_\_\_ Facsimile |
| Email: keith@keoghlaw.com | \_\_\_\_ Email: |
| | **X** ECF |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 23rd day of October, 2014, at Tacoma, Washington.

/s/ Maxine Nofsinger
Maxine Nofsinger

SMITH | ALLING ps
ATTORNEYS AT LAW
1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123