1  Beth E. Terrell, WSBA #26759
   Attorneys for Plaintiff
2  TERRELL MARSHALL DAUDT
     & WILLIE PLLC
3  936 North 34th Street, Suite 300
   Seattle, Washington 98103
4  Telephone: (206) 816-6603
   Facsimile: (206) 350-3528
5  Email: bterrell@tmdwlaw.com

6  [Additional Counsel Appear On Signature Page]

7              UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF WASHINGTON
8

9  DANIEL JOSEPH, an individual, on
   behalf of himself and all others similarly      NO. 2:14-cv-00316 SMJ
   situated,
10
              Plaintiff,                            **MOTION FOR ADMISSION
11                                                  PRO HAC VICE**
       v.
12
   TRUEBLUE, INC., dba LABOR
   READY, INC., and TRUEBLUE, INC.,
13 Washington corporations,

14            Defendants.

15

16     Christopher A. Johnston (the "Applicant") hereby moves the Court to enter

17 an order permitting him to participate in this case *Pro Hac Vice* as counsel for

18 Plaintiff Daniel Joseph ("Plaintiff"), pursuant to Local Rule 83.2(c). In support of

19 this Motion, the Applicant states as follows:

20

MOTION FOR ADMISSION PRO HAC VICE-1
Case No. 2:14-cv-00316 SMJ

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1.     The Applicant is a member of the law firm of Johnston | Martineau, P.L.L.P., in Roseville, Minnesota.

2.     The Applicant is a member in good standing of the bar of United States federal court, District of Minnesota and Court of Appeals of the Eighth Circuit, the highest state court of Minnesota.

3.     The Applicant does not reside in the State of Washington and does not maintain an office in the State of Washington.

4.     The Applicant responds to the information requested in Local Rule 83.2(c)(2) as follows:

(a)     The Applicant's address and telephone number are 2233 Hamline Avenue North, Suite 102, Roseville, Minnesota, 55113; telephone: (651) 269-8463; facsimile: (612) 379-0480; email: cjohnston@jm-legal.com.

(b)     The dates of admission to practice before other courts are listed below:

| State Bar Admissions | Date Admitted |
| --- | --- |
| Minnesota | 10/26/2001 |

| Federal Bar Admissions | Date Admitted |
| --- | --- |
| District of Minnesota | 03/21/2003 |
| Eighth Circuit Court of Appeals | 06/13/2003 |

MOTION FOR ADMISSION PRO HAC VICE-2
Case No. 2:14-cv-00316 SMJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

(c) The name, address and telephone number of admitted counsel with whom the Applicant will be associated is Beth E. Terrell, of Terrell Marshall Daudt & Willie PLLC, 936 North 34th Street, Suite 300, Seattle, Washington, 98103-8869; telephone (206) 816-6603; facsimile (206) 350-3528; email: bterrell@tmdwlaw.com.

(d) The Applicant's appearance is necessary because Plaintiff in this action have retained him in this action.

(e) There are no disciplinary sanction actions pending against the Applicant and the Applicant has never been subject to any disciplinary sanctions by any court or Bar Association.

5. The Applicant understands that if he is admitted *Pro Hac Vice* he will be subject to the disciplinary jurisdiction of this Court.

6. The Applicant is familiar with the facts, issues and documents associated with this case.

7. The Applicant is familiar with the local rules of this Court.

WHEREFORE, Christopher A. Johnston, respectfully requests that the Court enter an order granting the admission *Pro Hac Vice* of Christopher A. Johnston during the pendency of this case.

MOTION FOR ADMISSION PRO HAC VICE-3
Case No. 2:14-cv-00316 SMJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

3  Dated: 11/20/14

   _____
   Christopher A. Johnston, Applicant

MOTION FOR ADMISSION PRO HAC VICE-4
Case No. 2:14-cv-00316 SMJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## STATEMENT OF LOCAL COUNSEL

I, Beth E. Terrell, states that I am co-counsel for Plaintiff in this matter. I will participate in a meaningful manner in preparation and trial of this case and am are authorized and will be prepared to handle this matter, including trial, in the event that the applicant Christopher A. Johnston is unable to be present upon any date assigned by the Court.

RESPECTFULLY SUBMITTED AND DATED this 20th day of November, 2014.

TERRELL MARSHALL DAUDT
& WILLIE PLLC


By:   /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Attorneys for Plaintiff
936 North 34th Street, Suite 300
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528
Email:  bterrell@tmdwlaw.com

MOTION FOR ADMISSION PRO HAC VICE-5
Case No. 2:14-cv-00316 SMJ

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on November 20, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Michael E. McAleenan, WSBA #29426
> Attorneys for Defendants
> SMITH ALLING, PS
> 1515 Dock Street, Suite 3
> Tacoma, Washington  98402
> Telephone:  (253) 627-1091
> Facsimile:  (253) 627-0123
> Email:  mmc@smithalling.com
> Email:  julie@smithalling.com
>
> David R. Ongaro, *Admitted Pro Hac Vice*
> Amelia Winchester, *Admitted Pro Hac Vice*
> Attorneys for Defendants
> THOMPSON & KNIGHT, LLP
> 50 California Street, Suite 3325
> San Francisco, California  94111
> Telephone:  (415) 433-3901
> Facsimile:  (415) 433-3950
> Email:  david.ongaro@tklaw.com
> Email:  amelia.winchester@tklaw.com

DATED this 20th day of November, 2014.

> TERRELL MARSHALL DAUDT
>   & WILLIE PLLC
>
> By:   /s/ Beth E. Terrell, WSBA #26759
>        Beth E. Terrell, WSBA #26759
>        Attorneys for the Plaintiff
>        936 North 34th Street, Suite 300
>        Seattle, Washington  98103-8869
>        Telephone:  (206) 816-6603
>        Facsimile:  (206) 350-3528
>        Email:  bterrell@tmdwlaw.com

MOTION FOR ADMISSION PRO HAC VICE-6
Case No. 2:14-cv-00316 SMJ