HONORABLE BENJAMIN H. SETTLE

1

2

3

4

5

6

7              U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
8

9    DANIEL JOSEPH, an individual, on behalf of
     himself and all others similarly situated,
10                                                 NO. 3:14-cv-05963-BHS
                     Plaintiff,
11                                                 **DECLARATION OF BETH E.**
                                                   **TERRELL IN SUPPORT OF**
            vs.                                    **PLAINTIFF'S OPPOSITION TO**
12                                                 **DEFENDANTS' MOTION TO**
                                                   **COMPEL ARBITRATION**
13   TRUEBLUE INC., dba LABOR READY,
     INC., and TRUEBLUE, INC., Washington
14   corporations,

15                   Defendants.

16

17

18          I, Beth E. Terrell, declare as follows:

19          1.      I am a member of Terrell Marshall & Daudt PLLC and one of the attorneys

20   representing Plaintiff in this action.  I make this declaration based upon personal knowledge,

21   and am competent to testify regarding the following:

22          2.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff Daniel

23   Joseph's W-2 tax form from Labor Ready Midwest, Inc.

24          3.      On March 8, 2014, at approximately 8:32 a.m., Plaintiff texted the word "Stop"

25   to TrueBlue's message service.  See ECF No. 1, Ex. B, p.1.  In response, TrueBlue directed

26   Plaintiff to the link jri.cc/lr/tnc.  On January 26, 2015, an associate in my office visited the link

27

---

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
TO COMPEL ARBITRATION - 1
CASE NO. 3:14-cv-05963-BHS

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  jri.cc/lr/tnc and was directed to a Mobile Terms of Use Agreement.  Attached hereto as

2  Exhibit 2 is a true and correct copy of that agreement.

3          4.          Attached hereto as Exhibit 3 is a true and correct copy of the American

4  Arbitration Association's ("AAA") Employment Arbitration Rules & Mediation Procedures

5  obtained from the AAA's website (www.adr.org) on January 26, 2015.

6          I declare under penalty of perjury under the laws of the State of Washington that the

7  foregoing is true and correct and that this declaration was executed in Seattle, Washington, on

8  the 26th day of January, 2015.

9

10                         /s/ Beth E. Terrell, WSBA # 26759
                          Beth E. Terrell, WSBA # 26759
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
TO COMPEL ARBITRATION - 2
CASE NO. 3:14-cv-05963-BHS

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on January 26, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael E. McAleenan, WSBA #29426
Email:  mmc@smithalling.com
Email:  julie@smithalling.com
SMITH ALLING, PS
1515 Dock Street, Suite 3
Tacoma, Washington  98402
Telephone:  (253) 627-1091
Facsimile:  (253) 627-0123

David R. Ongaro, *Admitted Pro Hac Vice*
Email:  david.ongaro@tklaw.com
Amelia Winchester, *Admitted Pro Hac Vice*
Email:  amelia.winchester@tklaw.com
THOMPSON & KNIGHT, LLP
50 California Street, Suite 3325
San Francisco, California  94111
Telephone:  (415) 433-3901
Facsimile:  (415) 433-3950

*Attorneys for Defendants*

DATED this 26th day of January, 2015.

TERRELL MARSHALL DAUDT
& WILLIE PLLC

By:   /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Email:  bterrell@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

*Attorneys for Plaintiff*

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
TO COMPEL ARBITRATION - 3
CASE NO. 3:14-cv-05963-BHS

# — EXHIBIT  1 —

| Form **W-2** | 15 State   Employer's state ID number | 16 State wages, tips, etc. |
|---|---|---|
| | MN   4069797 | 70.50 |

| Wage and Tax Statement | 17 State income tax      3.44 | 18 Local wages, tips, etc. |
|---|---|---|
| **2013** | 19 Local income tax | 20 Locality name |

Copy 2 - To Be Filed With
Employee's State, City, or Local Income Tax Return.

OMB No. 1545-0008

Department of the Treasury – Internal Revenue Service

| d Control number | 1 Wages, tips, other compensation   70.50 | 2 Federal income tax withheld |
|---|---|---|
| | 3 Social security wages   70.50 | 4 Social security tax withheld   4.37 |
| | 5 Medicare wages and tips   70.50 | 6 Medicare tax withheld   1.02 |

c Employer's name, address, and ZIP code

LABOR READY MIDWEST INC.
P.O. BOX 2910
TACOMA, WA 98401-2910

| 7 Social security tips | 8 Allocated tips | 12a See instructions for box 12 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12b |
| 12c | 12d | 12e |

| b Employer identification number (EIN)   22-3606735 | a Employee's social security number ▮▮▮▮▮▮ |
|---|---|

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|
| ☐ | ☐ | ☐ | |

e/f Employee's name, address, and ZIP code

DANIEL N JOSEPH
669 ARLINGTON AVE E
SAINT PAUL, MN 55106-1701

Import Code: Z889GPAS

| Form **W-2** | 15 State   Employer's state ID number | 16 State wages, tips, etc. |
|---|---|---|
| | MN   4069797 | 70.50 |

| Wage and Tax Statement | 17 State income tax      3.44 | 18 Local wages, tips, etc. |
|---|---|---|
| **2013** | 19 Local income tax | 20 Locality name |

Copy 2 - To Be Filed With
Employee's State, City, or Local Income Tax Return.

# — EXHIBIT  2 —

♀  ♀ FIND A BRANCH NEAR YOU (/locations)

f (https://www.facebook.com/pages/Labor-Ready/179197388869779) 🐦 (https://twitter.com
/Labor_Ready) in (https://www.linkedin.com/company/9027?trk=tyah&
trkInfo=tarId%3A1403283433415%2Ctas%3Alabor%20read%2Cidx%3A2-1-4) ⑫
(http://www.pinterest.com/TrueBlueInc/) 📷 (http://instagram.com/trueblueinc)
📞 1-800-24LABOR

Search job type and city or state

(/home)                                                                    Find jobs

# Mobile Terms of Use

Please read these Terms of Service carefully.
Effective Date: January 2012

### 1. Service

Labor Ready and its affiliates, agents, service providers, business partners, successors, and/or assigns,
("we", "our", "us", or "Company") offers job seekers the ability to receive job alerts and other employment
related information by text message or other electronic means, but only upon the following terms of service.

Through our text messaging (SMS) services ("Service") we provide the ability to receive personalized text
messages from Company regarding potential job assignments with Company's customers and the ability to
send messages to Company regarding potential job assignments. Our Service may additionally include
creating and disseminating career and safety advice, providing job matching services, and providing
recommendations to local educational, training, and volunteer opportunities.

Another part of the Service that a worker/user may choose to opt into is the Location-Based Information
("LBI") service, which is described further below.

### 2. Acceptance of Terms of Service

This is a legal and binding contract ("Agreement") between you and Company, which governs various
aspects of your relationship with Company, including but not limited to, how we may contact you using the
cellular and other phone numbers you provide. By agreeing to these Terms of Service, you agree that
Company will provide online and text messaging job referral services to you and this Agreement will remain
in full force and effect for as long as you are a user of the Service. Any provision of this Agreement, which
authorizes Company to act, limits Company's liability, disclaims warranties, limits remedies, or otherwise
limits legal actions initiated by users applies with equal force to Company and its affiliates. Read this
Agreement carefully before registering for the Service.

DECLARATION OF BETH E. TERRELL - 4                          1/26/2015 9:01 AM

We reserve the right to terminate your use of the Service at any time, for any reason. In addition, we shall have the right to terminate any portion of the Service if we determine, in our sole discretion, that your use of the Service is unlawful and/or prohibited by these Terms of Service. As discussed in our Privacy Policy, we have the right to inform law enforcement of any illegal activity or material we suspect or discover on, through, or otherwise relating to the Service and provide law enforcement officials with all requested information about the user account from which the illegal activity or material originated.

You may cancel the Service at any time, for any reason, by sending Company a written notice of cancellation via postal mail to 1706 Church Street, Suite 1243, San Francisco, CA 94131, via e-mailing your local Company representative or by texting "STOP" to 27697 (or 47677 or 69719).

Upon your cancellation of the Service, all service-related emails and text messages from Company to you shall cease; provided, however, that Company may send you emails or text messages to confirm your cancellation or to give you an opportunity to re-join the Service. It is our practice to terminate your access to the Service within seven business days of us receiving your notice of cancellation; your access to the Service may cease in fewer than seven days. Your profile and account will be removed from the Company website and your account will be deleted, provided, however, that we may maintain certain data regarding your account including your personally identifiable information, consistent with our Privacy Policy.

By texting the word or letters provided by your local Company representative to 27697 (or 47677 or 69719), you will become a registered user of the Service (a "User") and you agree to be bound by the terms and conditions of this Agreement as well as our Privacy Policy, and you specifically consent to the control, storage and processing of information described in Interstate and International Use below. If you do not agree to this Agreement and our Privacy Policy, please do not register for the Service. Company reserves the right to limit or terminate your access to the Service if you do not comply with these Terms of Service. Under normal circumstances, you can expect to receive 60 text messages per month.

### 3. Eligibility

You must be 18 years of age or over to become a User. By using the Service or entering into this Agreement, you certify that you are 18 years of age or older. If we discover or have any reason to suspect that you are not 18 years of age or over or that you have knowingly provided false information to us, we reserve the right to suspend or terminate your use of the Service immediately and without notice.

By registering for the Service and using the Website or by entering into this Agreement, you represent and warrant that you have the right, authority and capacity to enter into this Agreement and to abide by all of the Terms of Service and our Privacy Policy.

### 4. Privacy Policy

Please read the Privacy Policy carefully to understand how Company collects, uses, and discloses personally identifiable information from its users.

DECLARATION OF BETH E. TERRELL - 5

## 5. Message and Data Rates May Apply

Please note that message rates, voice and data charges from your cellular service provider may apply to sending and receiving text messages and placing and receiving calls in connection with this Service. You are solely responsible for such message rates, voice and data charges.

California residents who incur message, voice and data charges directly related to the Service and wish to be reimbursed for those charges, please contact your local Company representative.

## 6. Restrictions on the Use of the Service or the Website

You may not use the Service to do any of the following:

Harass or encourage harassment of another person.

Perform any activities that violate, intentionally or unintentionally, any applicable state, local, federal, or international laws or regulations promulgated by governmental agencies that have the force of law.

Perform any activities that are misleading, malicious discriminatory, infringing, or could expose Company, its affiliates or its users to harm or liability.

Transmit or perform via our Service any material or act that is hateful, threatening, abusive, tortious, defamatory, false, fraudulent, misleading, libelous, vulgar, obscene, pornographic (or that contains nudity), graphically or gratuitously violent, otherwise objectionable, or that violates anyone's rights including intellectual property rights and proprietary rights.

Provide resources to or otherwise support any organization(s) designated by the United States government as a foreign terrorist organization under section 219 of the Immigration and Nationality Act.

Impersonate any person or misrepresent in any way your affiliation with a person. Transmit unsolicited mass mailings, "spam" or advertising or promotional materials.

Collect or store any information about other users, other than in the normal course of using the Service for its intended purpose.

Transmit any virus, worm, defect, Trojan horse, or any other computer code designed to interrupt, destroy, or limit the functionality of any computer or telecommunications equipment or similar destructive or harmful item.

Use the Service in any manner that could damage, disable, overburden, disrupt or impair the Service or Website, or the network(s) connected to the Website, or interfere with any other party's use of the Service.

Disobey any applicable policies or regulations of networks connected to the Service.

Modify, adapt, translate, reverse engineer, decompile or disassemble the Service. Use any robot, spider, site search/retrieval application, or other device to retrieve or index any portion of the Service.

Use an iFrame or offer web search functionality on the Website.

Frame, reformat or otherwise make the Service available to third parties.

Create user accounts using any automated means or under false pretenses.

Prepare derivative works based on the Website or Service.

Remove any proprietary notices, labels or other identifying marks on content provided through the Website or Service.

DECLARATION OF BETH E. TERRELL - 6

**7. Account Security**

You are solely responsible for maintaining the confidentiality of your phone number, username, password and other access information or codes for the Service, if any, and you are fully responsible for all activities that occur under your username, password and other access information or codes, even where your username, password and other access information or codes are used by someone else.

You agree to: (a) notify us without delay of any unauthorized disclosure or use of your username, password and other access information or codes or any other breach of security of which you become aware, and (b) if you are using the Website, ensure that you are sufficiently disconnected and logged off from your account at the end of each session. Particular caution should be exercised when accessing your account from a public or shared computer.

**8. User Information**

It is each user's responsibility to keep his or her information accurate, up to date and current at all times. If your information is not accurate, up to date or current, we may not be able to process your requests effectively and your access to the Service may be interrupted. To update your personal information (e.g., your e-mail address, cellular telephone number, postal address) or your profile information, you may (a) log into your account on the Website and follow the instructions, (b) send your request via e-mail to your local Company representative, (c) send your request in writing via postal mail to Company, 1706 Church Street, Suite 1243, San Francisco, CA 94131, or (d) send a text message with "HELP" to 27697 (or 47677 or 69719). By providing your cellular phone number through any of these means, you consent expressly and in writing to have Company and affiliates, contact you at this phone number through voice and text message, knowing that you are solely responsible for cellular service charges.

Company does not control, take responsibility for or assume liability for the user information or content provided, stored, or uploaded by you or any third party, or for any loss or damage thereto including any user conduct or mistakes, defamation, slander, libel, omissions, falsehoods, obscenity, or uses forbidden by these Terms of Service.

**9. License to User Information**

You represent and warrant that your user information provided through the Service or the Website or otherwise is not subject to any confidentiality obligations and that you own and control all of the rights to the user information. By submitting or posting any user information on the Website or through the Service, you grant Company a worldwide, perpetual, irrevocable, non-exclusive, fully-paid up and royalty free license to use the information subject to the Terms of Service and the Privacy Policy. By providing your user information, you hereby release Company from any claims that such use, as set forth above and in these Terms of Service and Privacy Policy, violates any of your rights and you understand that you will not be entitled to any compensation for use of your user content.

Case 3:14-cv-05963-BHS   Document 47   Filed 01/26/15   Page 11 of 69

### 10. Use of Automated Dialing Technology

You acknowledge and agree that the Service you seek to obtain from Company may be provided in some cases through automatic telephone dialing technology, an artificial voice or pre-recorded voice. Company may limit its use of automatic telephone dialing technology or artificial or pre-recorded voice in order to comply with laws and regulations that restrict the use of such technologies. You consent expressly and in writing to have the Service delivered through these means by providing your phone number in your account profile. By providing us your phone number and not opting-out as described, you express your willingness to receive the Service through automatic dialing technology, artificial and pre-recorded voice. By providing this information, you further agree to receive notifications from Company, its representatives, employees, agents, successors, assigns and affiliates through any means authorized under this Agreement, including phone calls and text messages that use automatic telephone dialing technology, artificial voice or pre-recorded voice.

### 11. No Responsibility for Third Party Organization Actions

Company cannot and does not assume responsibility for the accuracy, completeness, safety, reliability, timeliness, innocuousness or legality of communications between users and third party organizations. You understand that you may be exposed to content that you find offensive and that you use the Service at your own risk.

### 12. Third Party Web Sites, Service and Content

The Website and the Service may contain links to third party sites (including, without limitation, third party payment sites) that are not under the control of Company, and Company is not responsible for, nor does it guarantee the accuracy or integrity of, the content(s) of any linked site or any link contained in a linked site, or any changes or updates to such sites. The inclusion of any link does not imply that Company endorses or accepts any responsibility for the content on any third party site. Your correspondence or business dealings with, or participation in promotions of, any third party website found through the Service, including payment and delivery of related goods or services, and any other terms, conditions, warranties or representations associated with such dealings, are solely between you and such third party. Company is not responsible or liable for any loss or damage of any kind incurred as the result of any such dealings or as the result of the presence of links to such third party websites on the Website or through the Service.

In addition, links to advertising that has not been approved by Company may be embedded in third party content displayed on the Website. Company is not responsible for any content, cookies, or other technology used in connection with such advertising.

It is your responsibility to be aware of when you leave the Website or link to other sites and to read those sites' privacy policies and terms of service or use. Company's Terms of Service and Privacy Policy apply solely to the Website and Service.

### 13. Interstate and International Use

DECLARATION OF BETH E. TERRELL - 8

Any information, including personal information, that Company collects in providing the Service may be controlled, stored and processed in, and transferred among, any of our facilities and may be transferred to and through any country, including the Republic of Mexico and countries outside the European Economic Area which may not have privacy (data protection) legislation and regulations comparable to the laws of the country in which you reside. Any information, including personal information, that Company collects in providing the Service may be controlled, stored and processed by, and transferred among, such contractors we engage to assist us in providing our services. The location of our facilities and of such contractors may change from time to time, and we may acquire new facilities and contractors. You expressly consent to all such control, storage, processing and transfers.

**14. Service Access**

While we will use all reasonable endeavors to ensure that the Website and/or the Service is accessible at all times, we do not guarantee that it will be available uninterrupted or error free. Access to the Website and/or the Service may be suspended temporarily and without notice in the case of system failure, maintenance, repair, or for other reasons, including but not limited to, circumstances beyond our control.

**15. Disclaimer of Warranty**

Company provides the Website and the Service with all faults 'as is' and 'as available.' Company makes no representations or warranties of any kind, express or implied, with respect to the Service, the Website or any Website content provided by Company. To the fullest extent permitted by law, Company hereby disclaims all representations, assurances, and warranties (including, without limitation, implied warranties of merchantability and fitness for a particular purpose; warranties of title and non-infringement; warranties of data security and personal safety; warranties that the Service will be uninterrupted and error-free; warranties that any Website content provided by Company will be accurate, up to date, and error-free; warranties against interference with enjoyment; warranties that the Service will be suitable for any user or will achieve any results for any user; and warranties that you will be compatible for employment with any third party organization referred by us or that we will successfully match any third party organization with you) with respect to the Service, the Website, and all Website content provided by Company. All liability of Company and howsoever arising based upon claims that Company has made any representations, assurances, or warranties with respect to the Service, the Website or any Website content provided by Company, is expressly excluded to the fullest extent permitted by law. If you are a California resident, you waive California Civil Code Section 1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which, if known by him must have materially affected his settlement with the debtor." If any state or other jurisdiction does not allow the exclusion of warranties, then Company's warranties shall be limited in those jurisdictions but remain in effect to the fullest extent permitted by law. All warranties, conditions and other terms implied by statute, common law or otherwise are hereby excluded from this Agreement to the fullest extent permitted by law.

**16. Limitation of Liability**

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL COMPANY, ITS OFFICERS,

DIRECTORS, EMPLOYEES, SHAREHOLDERS OR AGENTS BE LIABLE FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES, OR ANY DAMAGES WHATSOEVER, RESULTING FROM LOSS OF DATA, PROPERTY, INCOME OR PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE, OTHER TORTIOUS ACTION, OR ANY OTHER LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH THE USE OF THE SERVICE, THE WEBSITE, OR INFORMATION AVAILABLE FROM THE SERVICE OR THE WEBSITE, EVEN IF COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

COMPANY WILL ONLY BE LIABLE TO YOU FOR GROSS NEGLIGENCE OR WILLFUL MISCONDUCT AND ONLY TO THE EXTENT OF ACTUAL DIRECT DAMAGES ARISING IN CONNECTION WITH THE SERVICE, NOT TO EXCEED THE GREATER OF TEN US DOLLARS ($10.00) OR THE AMOUNT YOU PAID FOR OR, IN CONNECTION WITH, THE SERVICE DURING THE PRECEDING THREE MONTHS.

Except as expressly provided otherwise, you assume all risks concerning the suitability, accuracy, effort, satisfactory quality and performance of the Service. Company assumes no responsibility for and disclaims all liability for any inaccuracies, errors or omissions of the Service or the Website. You agree that you will obtain (including through download) any content entirely at your own risk, and you will be solely responsible for any resulting infringement, breach of contract, consequence or damage, including (without limitation) to your computer system or loss of data.

### 17. Indemnity
You agree to indemnify, defend, and hold harmless Company and its affiliates, directors, officers, employees, agents, co-branders, sponsors, parents, subsidiaries, and partners, from any claim or demand made by any third party due to or arising out of your use of the Service or Website, your connection to the Service or Website, your violation of these Terms of Service or the Privacy Policy, or your violation of any rights of other users of the Service or the Website. Any such indemnification shall include the payment of reasonable attorneys' fees incurred in the defense of such claim.

### 18. Ability to Change or Terminate Service
Company may terminate, modify, or make changes to all or any portion of the Service, product offerings, and any other information and materials available on or through the Service and may delete any content that has been submitted to the Service at any time and without notice or liability.

### 19. Modification of Terms of Service
Company reserves the right, at its sole discretion, to change, modify, update, add or remove portions of these Terms of Service at any time and in its sole discretion. The new or modified terms will take effect immediately upon posting to the website, and you waive any right to receive specific notice of any changes or modifications. You should review these Terms of Service and the Privacy Policy every time you visit the Website or specifically provide information through the Service. Your continued use of the Service after the posting of any changes to these Terms of Service or after we send a notice of any changes to you by postal

mail, e-mail, phone call or text message means that you have accepted those changes. If you do not agree to the amended terms, you must stop using the Service.

## 20. Notices

Company may be required by state or federal law to notify you of certain events. In addition, Company may need to notify you from time to time regarding changes to these Terms of Service, the Privacy Policy or the Service. You agree that such notices will be effective upon Company posting them on the Website, sending them to you through text message, e-mail, or postal mail or notifying you of changes and updates via text message or other means. Company will not be held liable if reasonable efforts to notify you fail, including if you do not provide Company with accurate and current information to contact you. You consent to receiving any notices regarding the Terms of Service, the Privacy Policy, the Service or any notice required by law, including notice of any breach of security involving your personally identifiable information, by posting on the Website, through e-mail, postal mail, phone call or through text message, as we deem appropriate and as required by law. You consent to receive notices at the e-mail address, postal address, street address or cellular telephone number you have designated in your account, knowing you will bear all applicable data or service charges.

## 21. Copyright and Limited License

Company and our licensors retain full copyright ownership, rights and protection in all material contained on the Website or the Service (including all digital images, software, HTML code and other code, or business methods). You are granted a limited, non-sublicensable license to access and use the Website or the Service for informational related purposes only. Except as otherwise expressly provided in these Terms of Service, you may not copy, distribute, transmit, display, perform, reproduce, publish, license, rewrite, modify, create derivative works from, download (other than the page caching), transfer or sell any material contained on the Website or Service, or use the Website or the Service other than for their intended purpose without the prior consent of Company or the copyright owner.

## 22. Digital Millennium Copyright Act ("DMCA") Notice

If you believe any material on this Website constitutes an infringement on a copyright you own or control, you may file a notification of infringement by means of the contact information set forth above.

17 U.S.C. 512(c)(3) sets forth the requirements for proper notification. However, if you knowingly misrepresent that the material or activity is infringing, you will be liable for any and all damages incurred by us as a result of our relying upon such misrepresentation. Also, in accordance with the DMCA, Company has also adopted a policy of terminating, in our sole discretion, users who are deemed to be repeat infringers or we may limit access to the Website or the Service and/or immediately terminate the accounts of users who infringe any intellectual property rights of others.

## 23. Corporate Identification and Trademarks

All trademarks, service marks and trade names Company, any of our affiliates, and our partners and

DECLARATION OF BETH E. TERRELL - 11

licensors used herein (including without limitation: Company, Company logo and the associated designs and logos of Company) (collectively "Marks") are trademarks or registered trademarks. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify the Marks in any way, including in advertising or publicity pertaining to distribution of materials on this Website, without the prior written consent of Company. The use of the Marks on any other website or networked computer environment is not allowed.

### 24. Entire Agreement

These Terms of Service, the Privacy Policy and any applicable guidelines or subsequent amendment to the Terms of the Service constitute the entire agreement between you and Company and govern your use of the Service. These Terms of Service do not alter in any way the terms or conditions of any other agreement you may have with Company related to employment.

If you sign up or register for additional Company services that use third party content or third party software, you may also be subject to additional terms and conditions that apply to such third party content or third party software.

### 25. Jurisdiction and Compliance with Laws

By accessing the Service you agree that the statutes and laws of the United States and the State of Washington, except those laws that direct the application of the laws of another jurisdiction, will apply to all matters relating to your use of the Service, and you further agree that any litigation shall be subject to the exclusive jurisdiction of the state and federal courts in the County of Pierce in the State of Washington, USA and you consent to the personal jurisdiction of those courts.

### 26. Waiver; Severability; Statute of Limitations

Failure by Company to exercise or enforce any right or provision of these Terms of Service does not constitute a waiver of such right or provision. If a court of competent jurisdiction finds any provision of these Terms of Service to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in that provision, and that the other provisions of these Terms of Service remain in full force and effect. Regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Service, these Terms of Service or the Privacy Policy must be filed within one year after the event giving rise to such claim or cause of action or be forever barred. All headings in these Terms of Service are for convenience only and have no legal or contractual effect.

### 27. Additional Location Based Information Services

Where a job seeker ("you" or "your"), opts in to LBI (see "Opt-In To LBI" below) sharing, we may obtain your personally identifiable LBI from your mobile phone for the purpose of determining either:
(1) Your proximity to a previously scheduled job site; OR
(2) Your proximity to a future potential job site.
Company may obtain your personally identifiable LBI up to 60 times in any given month.

DECLARATION OF BETH E. TERRELL - 12

a. Opt-In To LBI Sharing: Before we can access your LBI, you must first give us your consent ("opt-in"). The sole method for you to provide us with your consent shall be you sending, via SMS (text message), the word "LOC" to one of our short code numbers (27697 or 47677 or 69719). Following receipt of your SMS (text message), we will send you an auto-reply SMS (text message) indicating that you have turned on LBI sharing. Such consent shall be sufficient to allow us to access your LBI per these LBI Terms.

**b. Opt-Out Of LBI: At any time, and for any reason, you may immediately cancel our ability to obtain your LBI by any of the following methods:**
**(1) Sending, via SMS (text message) the word "LOCOFF" to our short code (27697 or 47677 or 69719), in which case you will receive an auto-reply SMS (text message) from us confirming such cancellation, OR**
**(2) Sending, via e-mail to your local Company branch or representative, a written notice of cancellation, in which case you will receive an e-mail response from us confirming such cancellation, OR**
**(3) Calling your local Company representative at the phone number provided to indicate your intention to cancel, in which case you will receive a voice response from us confirming such cancellation.**

c. LBI Privacy: LBI is transmitted via Secure Socket Layer ("SSL") technology into password protected databases. We do not retain LBI longer than is reasonably necessary to effect its purpose (see "Purpose of LBI" above) and such LBI is accessible only by Company. From time to time, we may aggregate and use your LBI for other purposes, which may include, without limitation, reporting usage and adoption of LBI, and improving our service.

The Location Service is available on major North American (AT&T, T-Mobile, Sprint, Verizon) and Canadian (Telus, Rogers) carriers. The location service will not be available if the phone is roaming or is turned off. Other Network Carriers will be added as they become available.

**28. List of Supported Carriers**
Alltel
Associated Carrier Group (ACG)
AT&T Mobility
Boost
Cincinnati Bell
Nextel
Sprint
Tier 2/3 Carrier Group
T-Mobile
U.S. Cellular
Verizon Wireless

Virgin Mobile

## 29. Comments and questions

If you have any comments or questions you may address them to the customer service department at Company via e-mail to your local Company representative, via postal mail addressed to Company, 1706 Church Street, Suite 1243, San Francisco, CA 94131, by calling Monday through Friday (excluding holidays) your local Company branch or representative from 8:00 a.m. to 5:00 p.m., or by texting "Help" to 27697 (or 47677 or 69719).

© TrueBlue, Inc. 2014     Home (/)     Careers (/about/careers)     Branch Locator (http://branchlocator.laborready.com/)

Terms and Conditions (/about/terms-and-conditions)     Privacy Policy (/about/privacy-policy)

Contact Us (/about/contact-us)

DECLARATION OF BETH E. TERRELL - 14        1/26/2015 9:01 AM

# — EXHIBIT  3 —

# Employment
## Arbitration Rules & Mediation Procedures



AMERICAN ARBITRATION ASSOCIATION®

Available online at **adr.org/employment**

Rules Amended and Effective November 1, 2009
Fee Schedule Amended and Effective November 1, 2014

## Regional Vice Presidents and Directors

**States: Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania, West Virginia**
Kenneth Egger
Vice President
Phone: 215.731.2281
Email: EggerK@adr.org

**States: Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, Oregon, Utah, Washington, Wyoming**
John English
Vice President
Phone: 619.239.3051
Email: EnglishJ@adr.org

**States: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Tennessee, Wisconsin**
Jan Holdinski
Vice President
Phone: 248.352.5509
Email: HoldinskiJ@adr.org

**States: Connecticut, Maine, Massachusetts, New Hampshire, New York, Vermont**
Ann Lesser, Esq.
Vice President
Phone: 212.484.4084
Email: LesserA@adr.org

**States: Alabama, Arkansas, Florida, Georgia, Mississippi, North Carolina, South Carolina, Virginia**
Charles Dorsey
Director
Phone: 866.686.6024
Email: DorseyC@adr.org

**States: Rhode Island**
Heather Santo
Director
Phone: 866.293.4053
Email: SantoH@adr.org

**States: Louisiana, New Mexico, Oklahoma, Texas**
Patrick Tatum
Vice President
Phone: 559.490.1905
Email: TatumP@adr.org

## Case Management Directors

Charles Dorsey
Director
Phone: 866.686.6024
Email: DorseyC@adr.org
**Administers cases in FL, GA**

Heather Santo
Director
Phone: 866.293.4053
Email: SantoH@adr.org
**Administers cases in AL, CT, DE, DC, IN, KY, ME, MD, MA, MI, NH, NJ, NY, NC, OH, PA, RI, SC, TN, VT, VA, WV**

Patrick Tatum
Vice President
Phone: 559.490.1905
Email: TatumP@adr.org
**Administers cases in AK, AZ, AR, CA, CO, HI, ID, IL, IA, KS, LA, MN, MS, MO, MT, NE, NV, NM, ND, OK, OR, SD, TX, UT, WA, WI, WY**

DECLARATION OF BETH E. TERRELL - 17

# Table of Contents

Introduction ...........................................................................7

Role of the American Arbitration Association®...............................7

Legal Basis of Employment ADR ..................................................8

The Fairness Issue: The Due Process Protocol .................................9

AAA's Employment ADR Rules ....................................................9

AAA's Policy on Employment ADR ..............................................10

Notification............................................................................10

Costs of Employment Arbitration...............................................10

Designing an ADR Program........................................................11


Alternative Dispute Resolution Options .......................................13

   Open Door Policy .................................................................13

   Ombuds ...........................................................................13

   Peer Review .......................................................................13

   Internal Mediation...............................................................13

   Fact-Finding.......................................................................13

   Arbitration ........................................................................14


Types of Disputes Covered .......................................................14


Employment Arbitration Rules and Mediation Procedures...................15

   1. Applicable Rules of Arbitration ...........................................15

   2. Notification .................................................................15

   3. AAA as Administrator of the Arbitration................................16

   4. Initiation of Arbitration ...................................................16

   5. Changes of Claim ...........................................................17

   6. Jurisdiction...................................................................17

   7. Administrative and Mediation Conferences ............................17

   8. Arbitration Management Conference ....................................18

   9. Discovery .....................................................................19

   10. Fixing of Locale (the city, county, state, territory, and/or country of the Arbitration) 19

   11. Date, Time and Place (the physical site of the hearing within the designated locale) . of Hearing .........................................................................19

   12. Number, Qualifications and Appointment of Neutral Arbitrators ..............20

   13. Party-Appointed Arbitrators...............................................21

DECLARATION OF BETH E. TERRELL - 18

14. Appointment of Chairperson by Party-Appointed Arbitrators or Parties. . . . . . . . . .21

15. Disclosure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21

16. Disqualification of Arbitrator . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22

17. Communication with Arbitrator . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .22

18. Vacancies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23

19. Representation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23

20. Stenographic Record . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23

21. Interpreters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23

22. Attendance at Hearings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24

23. Confidentiality . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24

24. Postponements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24

25. Oaths . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24

26. Majority Decision. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24

27. Dispositive Motions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24

28. Order of Proceedings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24

29. Arbitration in the Absence of a Party or Representative . . . . . . . . . . . . . . . . . . . . . . .25

30. Evidence. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

31. Inspection. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26

32. Interim Measures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27

33. Closing of Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27

34. Reopening of Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27

35. Waiver of Oral Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27

36. Waiver of Objection/Lack of Compliance with These Rules . . . . . . . . . . . . . . . . . . . .28

37. Extensions of Time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

38. Serving of Notice. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

39. The Award . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28

40. Modification of Award. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29

41. Release of Documents for Judicial Proceedings . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29

42. Applications to Court . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29

43. Administrative Fees. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30

44. Neutral Arbitrator's Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30

45. Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30

46. Deposits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31

47. Suspension for Non-Payment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31

48. Interpretation and Application of Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31

Costs of Arbitration (including AAA Administrative Fees) . . . . . . . . . . . . . . . . . . . . . . . . .31

DECLARATION OF BETH E. TERRELL - 19

For Disputes Arising Out of Employer–Promulgated Plans*: . . . . . . . . . . . . . . . . . . .32

   (i) Filing Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32

   (ii) Hearing Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33

   (iii) Postponement/Cancellation Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34

   (iv) Hearing Room Rental. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34

   (v) Abeyance Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34

   (vi) Expenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34

For Disputes Arising Out of Individually–Negotiated Employment Agreements
and Contracts:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34

Administrative Fee Schedules (Standard and Flexible Fees) . . . . . . . . . . . . . . . . . . .35

   (i) Standard Fee Schedule. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35

   (ii) Refund Schedule for Standard Fee Schedule . . . . . . . . . . . . . . . . . . . . . . . . .37

   (iii) Flexible Fee Schedule. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38

   (iv) Hearing Room Rental . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40

   (v) Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40

For Disputes Proceeding Under the Supplementary Rules for Class Action
Arbitration ("Supplementary Rules"):. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40

Optional Rules for Emergency Measures of Protection . . . . . . . . . . . . . . . . . . . . . . .41

   O-1. Applicability. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41

   O-2. Appointment of Emergency Arbitrator. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41

   O-3. Schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41

   O-4. Interim Award . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41

   O-5. Constitution of the Panel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42

   O-6. Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42

   O-7. Special Master. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42

   O-8. Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42

DECLARATION OF BETH E. TERRELL - 20

Employment Mediation Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43

   M-1. Agreement of Parties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43

   M-2. Initiation of Mediation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43

   M-3. Fixing of Locale (the city, county, state, territory and, if applicable, country of
      the mediation) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44

   M-4. Representation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44

   M-5. Appointment of the Mediator . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .44

   M-6. Mediator's Impartiality and Duty to Disclose . . . . . . . . . . . . . . . . . . . . . . . . .45

   M-7. Vacancies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45

   M-8. Duties and Responsibilities of the Mediator . . . . . . . . . . . . . . . . . . . . . . . . .45

   M-9. Responsibilities of the Parties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46

   M-10. Privacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46

   M-11. Confidentiality. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47

   M-12. No Stenographic Record . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47

   M-13. Termination of Mediation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47

   M-14. Exclusion of Liability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48

   M-15. Interpretation and Application of Procedures . . . . . . . . . . . . . . . . . . . . . . . .48

   M-16. Deposits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48

   M-17. Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48

   M-18. Cost of the Mediation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48

DECLARATION OF BETH E. TERRELL - 21

# Employment Arbitration
## Rules and Mediation Procedures



## Introduction

Federal and state laws reflecting societal intolerance for certain workplace conduct, as well as court decisions interpreting and applying those statutes, have redefined responsible corporate practice and employee relations. Increasingly, employers and employees face workplace disputes involving alleged wrongful termination, sexual harassment, or discrimination based on race, color, religion, sex, national origin, age and disability.

As courts and administrative agencies become less accessible to civil litigants, employers and their employees now see alternative dispute resolution ("ADR") as a way to promptly and effectively resolve workplace disputes. ADR procedures are becoming more common in contracts of employment, personnel manuals, and employee handbooks.

Increasingly, corporations and their employees look to the American Arbitration Association® as a resource in developing prompt and effective employment procedures for employment-related disputes.

These Rules have been developed for employers and employees who wish to use a private alternative to resolve their disputes, enabling them to have complaints heard by an impartial person with expertise in the employment field. These procedures benefit both the employer and the individual employee by making it possible to resolve disputes without extensive litigation.

## Role of the American Arbitration Association

The American Arbitration Association, founded in 1926, is a not-for-profit, public service organization dedicated to the resolution of disputes through mediation, arbitration, elections and other voluntary dispute resolution procedures. Millions of workers are now covered by employment ADR plans administered by the AAA®.

DECLARATION OF BETH E. TERRELL - 22

In addition, the AAA provides education and training, specialized publications, and research on all forms of dispute settlement. With 30 offices worldwide and cooperative agreements with arbitral institutions in 63 other nations, the American Arbitration Association is the nation's largest private provider of ADR services.

For over 80 years, the American Arbitration Association has set the standards for the development of fair and equitable dispute resolution procedures. The development of the *Employment Arbitration Rules and Mediation Procedures* and the reconstitution of a select and diverse roster of expert neutrals to hear and resolve disputes, are the most recent initiatives of the Association to provide private, efficient, and cost-effective procedures for out-of-court settlement of workplace disputes.

## Legal Basis of Employment ADR

Since 1990, Congress has twice re-affirmed the important role of ADR in the area of employment discrimination — in the Americans with Disabilities Act in 1990, and a year later in Section 118 of the Civil Rights Act of 1991.

The United States Supreme Court has also spoken on the importance of ADR in the employment context. In *Gilmer v. Interstate/Johnson Lane*, 500 U.S. 20, 111 S.Ct. 1647 (1991), the Supreme Court refused to invalidate Gilmer's agreement with the New York Stock Exchange that he would arbitrate disputes with his employer (Interstate/Johnson Lane) simply because he was obliged to sign it in order to work as a securities dealer whose trades were executed on the Exchange. Although the *Gilmer* Court found that the Age Discrimination in Employment Act did not preclude arbitration of age discrimination claims, it specifically declined to decide whether employment arbitration agreements were "contracts of employment" excluded under the Federal Arbitration Act.

The specific issue left open by *Gilmer* was decided 10 years later by the United States Supreme Court in *Circuit City Stores, Inc. v. Adams*, 532 U.S. 105, 121 S. Ct. 1302, 149 L. Ed. 2d 234 (2001). In Circuit City, the Supreme Court concluded that except for transportation workers such as seamen or railroad workers, the FAA covers all contracts of employment and that the Act may be used to compel arbitration of employment-related claims. While Circuit City involved only state law claims, the Supreme Court had determined previously in Gilmer that federal age discrimination claims (and presumably other federal civil rights claims) were arbitrable under the FAA.

DECLARATION OF BETH E. TERRELL - 23

## The Fairness Issue: The Due Process Protocol

*The Due Process Protocol for Mediation and Arbitration of Statutory Disputes Arising Out of the Employment Relationship* was developed in 1995 by a special task force composed of individuals representing management, labor, employment, civil rights organizations, private administrative agencies, government, and the American Arbitration Association. The *Due Process Protocol*, which was endorsed by the Association in 1995, seeks to ensure fairness and equity in resolving workplace disputes. The *Due Process Protocol* encourages mediation and arbitration of statutory disputes, provided there are due process safeguards. It conveys the hope that ADR will reduce delays caused by the huge backlog of cases pending before administrative agencies and the courts. The *Due Process Protocol* "recognizes the dilemma inherent in the timing of an agreement to mediate and/or arbitrate statutory disputes" but does not take a position on whether an employer can require a pre-dispute, binding arbitration program as a condition of employment.

The *Due Process Protocol* has been endorsed by organizations representing a broad range of constituencies. They include the American Arbitration Association, the American Bar Association Labor and Employment Section, the American Civil Liberties Union, the Federal Mediation and Conciliation Service, the National Academy of Arbitrators, and the National Society of Professionals in Dispute Resolution. The National Employment Lawyers Association has endorsed the substantive provisions of the *Due Process Protocol*.

It has been incorporated into the *Report of the United States Secretary of Labor's Task Force in Excellence in State and Local Government* and cited with approval in numerous court opinions.

## AAA's Employment ADR Rules

On June 1, 1996, the Association issued *National Rules for the Resolution of Employment Disputes* (now known as the *Employment Arbitration Rules and Mediation Procedures*). The rules reflected the guidelines outlined in the *Due Process Protocol* and were based upon the AAA's *California Employment Dispute Resolution Rules*, which were developed by a committee of employment management and plaintiff attorneys, retired judges and arbitrators, in addition to Association executives. The revised rules were developed for employers and employees who wish to use a private alternative to resolve their disputes. The rules enabled parties to have complaints heard by an impartial person of

DECLARATION OF BETH E. TERRELL - 24

their joint selection, with expertise in the employment field. Both employers and individual employees benefit by having experts resolve their disputes without the costs and delay of litigation. The rules included procedures which ensure due process in both the mediation and arbitration of employment disputes. After a year of use, the rules were amended to address technical issues.

## AAA's Policy on Employment ADR

The AAA's policy on employment ADR is guided by the state of existing law, as well as its obligation to act in an impartial manner. In following the law, and in the interest of providing an appropriate forum for the resolution of employment disputes, the Association administers dispute resolution programs which meet the due process standards as outlined in its *Employment Arbitration Rules and Mediation Procedures* and the *Due Process Protocol*. If the Association determines that a dispute resolution program on its face substantially and materially deviates from the minimum due process standards of the *Employment Arbitration Rules and Mediation Procedures* and the *Due Process Protocol*, the Association may decline to administer cases under that program. Other issues will be presented to the arbitrator for determination.

## Notification

If an employer intends to utilize the dispute resolution services of the Association in an employment ADR plan, it shall, at least 30 days prior to the planned effective date of the program: (1) notify the Association of its intention to do so; and (2) provide the Association with a copy of the employment dispute resolution plan. If an employer does not comply with this requirement, the Association reserves the right to decline its administrative services. Copies of all plans should be sent to the American Arbitration Association, 725 South Figueroa Street, Suite 2400, Los Angeles, CA 90017; FAX: 213.622.6199.

## Costs of Employment Arbitration

These Rules contain two separate and distinct arbitration costs sections; one for disputes arising out of employer-promulgated plans and the other for disputes arising out of individually-negotiated employment agreements and contracts. When the arbitration is filed, the AAA makes an initial administrative determination as to whether the dispute arises from an employer-promulgated plan or an individually-negotiated employment agreement or contract. This

DECLARATION OF BETH E. TERRELL - 25

determination is made by reviewing the documentation provided to the AAA by the parties, including, but not limited to, the demand for arbitration, the parties' arbitration program or agreement, and any employment agreements or contracts between the parties.

When making its determination on the applicable costs of arbitration section in a given arbitration, the AAA's review is focused on two primary issues. The first component of the review focuses on whether the arbitration program and/or agreement between the individual employee and the employer is one in which it appears that the employer has drafted a standardized arbitration clause with its employees. The second aspect of the review focuses on the ability of the parties to negotiate the terms and conditions of the parties' agreement.

If a party disagrees with the AAA's initial determination, the parties may bring the issue to the attention of the arbitrator for a final determination.

## Designing an ADR Program

The guiding principle in designing a successful employment ADR system is that it must be fair in fact and perception. The American Arbitration Association has considerable experience in administering and assisting in the design of employment ADR plans, which gives it an informed perspective on how to effectively design ADR systems, as well as the problems to avoid. Its guidance to those designing employment ADR systems is summarized as follows:

» The American Arbitration Association encourages employers to consider the wide range of legally-available options to resolve workplace disputes outside the courtroom.

» A special emphasis is placed by the Association on encouraging the development of in-house dispute resolution procedures, such as open door policies, ombuds, peer review and internal mediation.

» The Association recommends an external mediation component to resolve disputes not settled by the internal dispute resolution process.

» Programs which use arbitration as a final step may employ:

- pre-dispute, voluntary final and binding arbitration;

- pre-dispute, mandatory nonbinding arbitration;

- pre-dispute, mandatory final and binding arbitration; or

- post-dispute, voluntary final and binding arbitration.

DECLARATION OF BETH E. TERRELL - 26

» Although the AAA administers binding arbitration systems that have been required as a condition of initial or continued employment, such programs must be consistent with the Association's *Employment Arbitration Rules and Mediation Procedures.*

Specific guidance on the responsible development and design of employment ADR systems is contained in the Association's publication, *Resolving Employment Disputes: A Practical Guide*, which is available from the AAA's website, **www.adr.org.**

DECLARATION OF BETH E. TERRELL - 27

## Alternative Dispute Resolution Options

### Open Door Policy

Employees are encouraged to meet with their immediate manager or supervisor to discuss problems arising out of the workplace environment. In some systems, the employee is free to approach anyone in the chain of command.

### Ombuds

A neutral third party (either from within or outside the company) is designated to confidentially investigate and propose settlement of employment complaints brought by employees.

### Peer Review

A panel of employees (or employees and managers) works together to resolve employment complaints. Peer review panel members are trained in the handling of sensitive issues.

### Internal Mediation

A process for resolving disputes in which a neutral third person from within the company, trained in mediation techniques, helps the disputing parties negotiate a mutually acceptable settlement. Mediation is a nonbinding process in which the parties discuss their disputes with an impartial person who assists them in reaching a settlement. The mediator may suggest ways of resolving the dispute but may not impose a settlement on the parties.

### Fact-Finding

The investigation of a complaint by an impartial third person (or team) who examines the complaint and the facts and issues a nonbinding report. Fact-finding is particularly helpful for allegations of sexual harassment, where a fact-finding team, composed of one male and one female neutral, investigates the allegations and presents its findings to the employer and the employee.

DECLARATION OF BETH E. TERRELL - 28

## Arbitration

Arbitration is generally defined as the submission of disputes to one or more impartial persons for final and binding determination. It can be the final step in a workplace program that includes other dispute resolution methods. There are many possibilities for designing this final step.

They include:

- » **Pre-Dispute, Voluntary Final and Binding Arbitration**
  The parties agree in advance, on a voluntary basis, to use arbitration to resolve disputes and they are bound by the outcome.

- » **Pre-Dispute, Mandatory Nonbinding Arbitration**
  The parties must use the arbitration process to resolve disputes, but they are not bound by the outcome.

- » **Pre-Dispute, Mandatory Final and Binding Arbitration**
  The parties must arbitrate unresolved disputes and they are bound by the outcome.

- » **Post-Dispute, Voluntary Final and Binding Arbitration**
  The parties have the option of deciding whether to use final and binding arbitration after a dispute arises.

## Types of Disputes Covered

The dispute resolution procedures contained in this booklet were developed for arbitration agreements contained in employee personnel manuals, an employment application of an individual employment agreement, other types of employment agreements, or can be used for a specific dispute. They do not apply to disputes arising out of collective bargaining agreements or independent contractor agreements.

DECLARATION OF BETH E. TERRELL - 29

# Employment Arbitration Rules and Mediation Procedures

## 1. Applicable Rules of Arbitration

The parties shall be deemed to have made these rules a part of their arbitration agreement whenever they have provided for arbitration by the American Arbitration Association (hereinafter "AAA") or under its *Employment Arbitration Rules and Mediation Procedures* or for arbitration by the AAA of an employment dispute without specifying particular rules[*]. If a party establishes that an adverse material inconsistency exists between the arbitration agreement and these rules, the arbitrator shall apply these rules.

If, within 30 days after the AAA's commencement of administration, a party seeks judicial intervention with respect to a pending arbitration and provides the AAA with documentation that judicial intervention has been sought, the AAA will suspend administration for 60 days to permit the party to obtain a stay of arbitration from the court. These rules, and any amendment of them, shall apply in the form in effect at the time the demand for arbitration or submission is received by the AAA.

[*] *The National Rules for the Resolution of Employment Disputes have been re-named the Employment Arbitration Rules and Mediation Procedures. Any arbitration agreements providing for arbitration under its National Rules for the Resolution of Employment Disputes shall be administered pursuant to these Employment Arbitration Rules and Mediation Procedures.*

## 2. Notification

An employer intending to incorporate these rules or to refer to the dispute resolution services of the AAA in an employment ADR plan, shall, at least 30 days prior to the planned effective date of the program:

**a.**  notify the Association of its intention to do so and,

**b.**  provide the Association with a copy of the employment dispute resolution plan.

Compliance with this requirement shall not preclude an arbitrator from entertaining challenges as provided in Section 1. If an employer does not comply with this requirement, the Association reserves the right to decline its administrative services.

DECLARATION OF BETH E. TERRELL - 30

### 3. AAA as Administrator of the Arbitration

When parties agree to arbitrate under these rules, or when they provide for arbitration by the AAA and an arbitration is initiated under these rules, they thereby authorize the AAA to administer the arbitration. The authority and duties of the AAA are prescribed in these rules, and may be carried out through such of the AAA's representatives as it may direct. The AAA may, in its discretion, assign the administration of an arbitration to any of its offices.

### 4. Initiation of Arbitration

Arbitration shall be initiated in the following manner.

**a.** The parties may submit a joint request for arbitration.

**b.** In the absence of a joint request for arbitration:

**(i)** The initiating party (hereinafter "Claimant[s]") shall:

**(1)** File a written notice (hereinafter "Demand") of its intention to arbitrate at any office of the AAA, within the time limit established by the applicable statute of limitations. Any dispute over the timeliness of the demand shall be referred to the arbitrator. The filing shall be made in duplicate, and each copy shall include the applicable arbitration agreement. The Demand shall set forth the names, addresses, and telephone numbers of the parties; a brief statement of the nature of the dispute; the amount in controversy, if any; the remedy sought; and requested hearing location.

**(2)** Simultaneously provide a copy of the Demand to the other party (hereinafter "Respondent[s]").

**(3)** Include with its Demand the applicable filing fee, unless the parties agree to some other method of fee advancement.

**(ii)** The Respondent(s) may file an Answer with the AAA within 15 days after the date of the letter from the AAA acknowledging receipt of the Demand. The Answer shall provide the Respondent's brief response to the claim and the issues presented. The Respondent(s) shall make its filing in duplicate with the AAA, and simultaneously shall send a copy of the Answer to the Claimant. If no answering statement is filed within the stated time, Respondent will be deemed to deny the claim. Failure to file an answering statement shall not operate to delay the arbitration.

**(iii)** The Respondent(s):

**(1)** May file a counterclaim with the AAA within 15 days after the date of the letter from the AAA acknowledging receipt of the Demand. The filing shall be made in duplicate. The counterclaim shall set forth the nature of the claim, the amount in controversy, if any, and the remedy sought.

DECLARATION OF BETH E. TERRELL - 31

**(2)**  Simultaneously shall send a copy of any counterclaim to the Claimant.

**(3)**  Shall include with its filing the applicable filing fee provided for by these rules.

**(iv)**  The Claimant may file an Answer to the counterclaim with the AAA within 15 days after the date of the letter from the AAA acknowledging receipt of the counterclaim. The Answer shall provide Claimant's brief response to the counterclaim and the issues presented. The Claimant shall make its filing in duplicate with the AAA, and simultaneously shall send a copy of the Answer to the Respondent(s). If no answering statement is filed within the stated time, Claimant will be deemed to deny the counterclaim. Failure to file an answering statement shall not operate to delay the arbitration.

**c.**  The form of any filing in these rules shall not be subject to technical pleading requirements.

## 5. Changes of Claim

Before the appointment of the arbitrator, if either party desires to offer a new or different claim or counterclaim, such party must do so in writing by filing a written statement with the AAA and simultaneously provide a copy to the other party(s), who shall have 15 days from the date of such transmittal within which to file an answer with the AAA. After the appointment of the arbitrator, a party may offer a new or different claim or counterclaim only at the discretion of the arbitrator.

## 6. Jurisdiction

**a.**  The arbitrator shall have the power to rule on his or her own jurisdiction, including any objections with respect to the existence, scope or validity of the arbitration agreement.

**b.**  The arbitrator shall have the power to determine the existence or validity of a contract of which an arbitration clause forms a part. Such an arbitration clause shall be treated as an agreement independent of the other terms of the contract. A decision by the arbitrator that the contract is null and void shall not for that reason alone render invalid the arbitration clause.

**c.**  A party must object to the jurisdiction of the arbitrator or to the arbitrability of a claim or counterclaim no later than the filing of the answering statement to the claim or counterclaim that gives rise to the objection. The arbitrator may rule on such objections as a preliminary matter or as part of the final award.

## 7. Administrative and Mediation Conferences

Before the appointment of the arbitrator, any party may request, or the AAA, in its discretion, may schedule an administrative conference with a representative of the AAA and the parties and/or their representatives. The purpose of the

DECLARATION OF BETH E. TERRELL - 32

administrative conference is to organize and expedite the arbitration, explore its administrative aspects, establish the most efficient means of selecting an arbitrator, and to consider mediation as a dispute resolution option. There is no administrative fee for this service.

At any time after the filing of the Demand, with the consent of the parties, the AAA will arrange a mediation conference under its Mediation Procedures to facilitate settlement. The mediator shall not be any arbitrator appointed to the case, except by mutual written agreement of the parties. There is no additional filing fee for initiating a mediation under the AAA Mediation Procedures for parties to a pending arbitration.

## 8. Arbitration Management Conference

As promptly as practicable after the selection of the arbitrator(s), but not later than 60 days thereafter, an arbitration management conference shall be held among the parties and/or their attorneys or other representatives and the arbitrator(s). Unless the parties agree otherwise, the Arbitration Management Conference will be conducted by telephone conference call rather than in person. At the Arbitration Management Conference the matters to be considered shall include, without limitation:

**a.** the issues to be arbitrated;

**b.** the date, time, place, and estimated duration of the hearing;

**c.** the resolution of outstanding discovery issues and establishment of discovery parameters;

**d.** the law, standards, rules of evidence and burdens of proof that are to apply to the proceeding;

**e.** the exchange of stipulations and declarations regarding facts, exhibits, witnesses, and other issues;

**f.** the names of witnesses (including expert witnesses), the scope of witness testimony, and witness exclusion;

**g.** the value of bifurcating the arbitration into a liability phase and damages phase;

**h.** the need for a stenographic record;

**i.** whether the parties will summarize their arguments orally or in writing;

**j.** the form of the award;

**k.** any other issues relating to the subject or conduct of the arbitration;

**l.** the allocation of attorney's fees and costs;

**m.** the specification of undisclosed claims;

DECLARATION OF BETH E. TERRELL - 33

**n.**  the extent to which documentary evidence may be submitted at the hearing;

**o.**  the extent to which testimony may be admitted at the hearing telephonically, over the internet, by written or video-taped deposition, by affidavit, or by any other means;

**p.**  any disputes over the AAA's determination regarding whether the dispute arose from an individually-negotiated employment agreement or contract, or from an employer-promulgated plan (see Costs of Arbitration section).

The arbitrator shall issue oral or written orders reflecting his or her decision on the above matters and may conduct additional conferences when the need arises.

There is no AAA administrative fee for an Arbitration Management Conference.

## 9. Discovery

The arbitrator shall have the authority to order such discovery, by way of deposition, interrogatory, document production, or otherwise, as the arbitrator considers necessary to a full and fair exploration of the issues in dispute, consistent with the expedited nature of arbitration.

The AAA does not require notice of discovery related matters and communications unless a dispute arises. At that time, the parties should notify the AAA of the dispute so that it may be presented to the arbitrator for determination.

## 10. Fixing of Locale (the city, county, state, territory, and/or country of the Arbitration)

If the parties disagree as to the locale, the AAA may initially determine the place of arbitration, subject to the power of the arbitrator(s), after their appointment to make a final determination on the locale. All such determinations shall be made having regard for the contentions of the parties and the circumstances of the arbitration.

## 11. Date, Time and Place (the physical site of the hearing within the designated locale) of Hearing

The arbitrator shall set the date, time, and place for each hearing. The parties shall respond to requests for hearing dates in a timely manner, be cooperative in scheduling the earliest practicable date, and adhere to the established hearing schedule. The AAA shall send a notice of hearing to the parties at least 10 days in advance of the hearing date, unless otherwise agreed by the parties.

DECLARATION OF BETH E. TERRELL - 34

## 12. Number, Qualifications and Appointment of Neutral Arbitrators

**a.** If the arbitration agreement does not specify the number of arbitrators or the parties do not agree otherwise, the dispute shall be heard and determined by one arbitrator.

**b.** Qualifications

    **i.** Neutral arbitrators serving under these rules shall be experienced in the field of employment law.

    **ii.** Neutral arbitrators serving under these rules shall have no personal or financial interest in the results of the proceeding in which they are appointed and shall have no relation to the underlying dispute or to the parties or their counsel that may create an appearance of bias.

    **iii.** The roster of available arbitrators will be established on a non-discriminatory basis, diverse by gender, ethnicity, background, and qualifications.

    **iv.** The AAA may, upon request of a party within the time set to return their list or upon its own initiative, supplement the list of proposed arbitrators in disputes arising out of individually-negotiated employment contracts with persons from the Commercial Roster, to allow the AAA to respond to the particular need of the dispute. In multi-arbitrator disputes, at least one of the arbitrators shall be experienced in the field of employment law.

**c.** If the parties have not appointed an arbitrator and have not provided any method of appointment, the arbitrator shall be appointed in the following manner:

    **i.** Shortly after it receives the Demand, the AAA shall send simultaneously to each party a letter containing an identical list of names of persons chosen from the Employment Dispute Resolution Roster. The parties are encouraged to agree to an arbitrator from the submitted list and to advise the AAA of their agreement.

    **ii.** If the parties are unable to agree upon an arbitrator, each party to the dispute shall have 15 days from the transmittal date in which to strike names objected to, number the remaining names in order of preference, and return the list to the AAA. If a party does not return the list within the time specified, all persons named therein shall be deemed acceptable.

    **iii.** From among the persons who have been approved on both lists, and in accordance with the designated order of mutual preference, the AAA shall invite the acceptance of an arbitrator to serve. If the parties fail to agree on any of the persons named, or if acceptable arbitrators are unable to act, or if for any other reason the appointment cannot be made from the submitted list, the AAA shall have the power to make the appointment from among other members of the panel without the submission of additional lists.

DECLARATION OF BETH E. TERRELL - 35

## 13. Party-Appointed Arbitrators

**a.** If the agreement of the parties names an arbitrator or specifies a method of appointing an arbitrator, that designation or method shall be followed.

**b.** Where the parties have agreed that each party is to name one arbitrator, the arbitrators so named must meet the standards of Section R-16 with respect to impartiality and independence unless the parties have specifically agreed pursuant to Section R-16(a) that the party-appointed arbitrators are to be non-neutral and need not meet those standards. The notice of appointment, with the name, address, and contact information of the arbitrator, shall be filed with the AAA by the appointing party. Upon the request of any appointing party, the AAA shall submit a list of members of the National Roster from which the party may, if it so desires, make the appointment.

**c.** If the agreement specifies a period of time within which an arbitrator shall be appointed and any party fails to make the appointment within that period, the AAA shall make the appointment.

**d.** If no period of time is specified in the agreement, the AAA shall notify the party to make the appointment. If within 15 days after such notice has been sent, an arbitrator has not been appointed by a party, the AAA shall make the appointment.

## 14. Appointment of Chairperson by Party-Appointed Arbitrators or Parties

**a.** If, pursuant to Section R-13, either the parties have directly appointed arbitrators, or the arbitrators have been appointed by the AAA, and the parties have authorized them to appoint a chairperson within a specified time and no appointment is made within that time or any agreed extension, the AAA may appoint the chairperson.

**b.** If no period of time is specified for appointment of the chairperson and the party-appointed arbitrators or the parties do not make the appointment within 15 days from the date of the appointment of the last party-appointed arbitrator, the AAA may appoint the chairperson.

**c.** If the parties have agreed that their party-appointed arbitrators shall appoint the chairperson from the National Roster, the AAA shall furnish to the party-appointed arbitrators, in the manner provided in Section R-12, a list selected from the National Roster, and the appointment of the chairperson shall be made as provided in that Section.

## 15. Disclosure

**a.** Any person appointed or to be appointed as an arbitrator shall disclose to the AAA any circumstance likely to give rise to justifiable doubt as to the arbitrator's impartiality or independence, including any bias or any financial or personal interest in the result of the arbitration or any past or present relationship with the parties or their representatives. Such obligation shall remain in effect throughout the arbitration.

DECLARATION OF BETH E. TERRELL - 36

**b.** Upon receipt of such information from the arbitrator or another source, the AAA shall communicate the information to the parties and, if it deems it appropriate to do so, to the arbitrator and others.

**c.** In order to encourage disclosure by arbitrators, disclosure of information pursuant to this Section R-15 is not to be construed as an indication that the arbitrator considers that the disclosed circumstance is likely to affect impartiality or independence.

## 16. Disqualification of Arbitrator

**a.** Any arbitrator shall be impartial and independent and shall perform his or her duties with diligence and in good faith, and shall be subject to disqualification for:

   **i.** partiality or lack of independence,

   **ii.** inability or refusal to perform his or her duties with diligence and in good faith, and

   **iii.** any grounds for disqualification provided by applicable law. The parties may agree in writing, however, that arbitrators directly appointed by a party pursuant to Section R-13 shall be non-neutral, in which case such arbitrators need not be impartial or independent and shall not be subject to disqualification for partiality or lack of independence.

**b.** Upon objection of a party to the continued service of an arbitrator, or on its own initiative, the AAA shall determine whether the arbitrator should be disqualified under the grounds set out above, and shall inform the parties of its decision, which decision shall be conclusive.

## 17. Communication with Arbitrator

**a.** No party and no one acting on behalf of any party shall communicate *ex parte* with an arbitrator or a candidate for arbitrator concerning the arbitration, except that a party, or someone acting on behalf of a party, may communicate *ex parte* with a candidate for direct appointment pursuant to Section R-13 in order to advise the candidate of the general nature of the controversy and of the anticipated proceedings and to discuss the candidate's qualifications, availability, or independence in relation to the parties or to discuss the suitability of candidates for selection as a third arbitrator where the parties or party-designated arbitrators are to participate in that selection.

**b.** Section R-17(a) does not apply to arbitrators directly appointed by the parties who, pursuant to Section R-16(a), the parties have agreed in writing are non-neutral. Where the parties have so agreed under Section R-16(a), the AAA shall as an administrative practice suggest to the parties that they agree further that Section R-17(a) should nonetheless apply prospectively.

DECLARATION OF BETH E. TERRELL - 37

## 18. Vacancies

If for any reason an arbitrator is unable to perform the duties of the office, the AAA may, on proof satisfactory to it, declare the office vacant. Vacancies shall be filled in accordance with applicable provisions of these Rules.

In the event of a vacancy in a panel of neutral arbitrators after the hearings have commenced, the remaining arbitrator or arbitrators may continue with the hearing and determination of the controversy, unless the parties agree otherwise.

In the event of the appointment of a substitute arbitrator, the panel of arbitrators shall determine in its sole discretion whether it is necessary to repeat all or part of any prior hearings.

## 19. Representation

Any party may be represented by counsel or other authorized representatives. For parties without representation, the AAA will, upon request, provide reference to institutions which might offer assistance. A party who intends to be represented shall notify the other party and the AAA of the name and address of the representative at least 10 days prior to the date set for the hearing or conference at which that person is first to appear. If a representative files a Demand or an Answer, the obligation to give notice of representative status is deemed satisfied.

## 20. Stenographic Record

Any party desiring a stenographic record shall make arrangements directly with a stenographer and shall notify the other parties of these arrangements at least three days in advance of the hearing. The requesting party or parties shall pay the cost of the record. If the transcript is agreed by the parties, or determined by the arbitrator to be the official record of the proceeding, it must be provided to the arbitrator and made available to the other parties for inspection, at a date, time, and place determined by the arbitrator.

## 21. Interpreters

Any party wishing an interpreter shall make all arrangements directly with the interpreter and shall assume the costs of the service.

DECLARATION OF BETH E. TERRELL - 38

## 22. Attendance at Hearings

The arbitrator shall have the authority to exclude witnesses, other than a party, from the hearing during the testimony of any other witness. The arbitrator also shall have the authority to decide whether any person who is not a witness may attend the hearing.

## 23. Confidentiality

The arbitrator shall maintain the confidentiality of the arbitration and shall have the authority to make appropriate rulings to safeguard that confidentiality, unless the parties agree otherwise or the law provides to the contrary.

## 24. Postponements

The arbitrator: (1) may postpone any hearing upon the request of a party for good cause shown; (2) must postpone any hearing upon the mutual agreement of the parties; and (3) may postpone any hearing on his or her own initiative.

## 25. Oaths

Before proceeding with the first hearing, each arbitrator shall take an oath of office. The oath shall be provided to the parties prior to the first hearing. The arbitrator may require witnesses to testify under oath administered by any duly qualified person and, if it is required by law or requested by any party, shall do so.

## 26. Majority Decision

All decisions and awards of the arbitrators must be by a majority, unless the unanimous decision of all arbitrators is expressly required by the arbitration agreement or by law.

## 27. Dispositive Motions

The arbitrator may allow the filing of a dispositive motion if the arbitrator determines that the moving party has shown substantial cause that the motion is likely to succeed and dispose of or narrow the issues in the case.

## 28. Order of Proceedings

A hearing may be opened by: (1) recording the date, time, and place of the hearing; (2) recording the presence of the arbitrator, the parties, and their

DECLARATION OF BETH E. TERRELL - 39

representatives, if any; and (3) receiving into the record the Demand and the Answer, if any. The arbitrator may, at the beginning of the hearing, ask for statements clarifying the issues involved.

The parties shall bear the same burdens of proof and burdens of producing evidence as would apply if their claims and counterclaims had been brought in court.

Witnesses for each party shall submit to direct and cross examination.

With the exception of the rules regarding the allocation of the burdens of proof and going forward with the evidence, the arbitrator has the authority to set the rules for the conduct of the proceedings and shall exercise that authority to afford a full and equal opportunity to all parties to present any evidence that the arbitrator deems material and relevant to the resolution of the dispute. When deemed appropriate, the arbitrator may also allow for the presentation of evidence by alternative means including web conferencing, internet communication, telephonic conferences and means other than an in-person presentation of evidence. Such alternative means must still afford a full and equal opportunity to all parties to present any evidence that the arbitrator deems material and relevant to the resolution of the dispute and when involving witnesses, provide that such witness submit to direct and cross-examination.

The arbitrator, in exercising his or her discretion, shall conduct the proceedings with a view toward expediting the resolution of the dispute, may direct the order of proof, bifurcate proceedings, and direct the parties to focus their presentations on issues the decision of which could dispose of all or part of the case.

Documentary and other forms of physical evidence, when offered by either party, may be received in evidence by the arbitrator.

The names and addresses of all witnesses and a description of the exhibits in the order received shall be made a part of the record.

## 29. Arbitration in the Absence of a Party or Representative

Unless the law provides to the contrary, the arbitration may proceed in the absence of any party or representative who, after due notice, fails to be present or fails to obtain a postponement. An award shall not be based solely on the default of a party. The arbitrator shall require the party who is in attendance to present such evidence as the arbitrator may require for the making of the award.

DECLARATION OF BETH E. TERRELL - 40

## 30. Evidence

The parties may offer such evidence as is relevant and material to the dispute and shall produce such evidence as the arbitrator deems necessary to an understanding and determination of the dispute. All evidence shall be taken in the presence of all of the arbitrators and all of the parties, except where any party or arbitrator is absent, in default, or has waived the right to be present, however "presence" should not be construed to mandate that the parties and arbitrators must be physically present in the same location.

An arbitrator or other person authorized by law to subpoena witnesses or documents may do so upon the request of any party or independently.

The arbitrator shall be the judge of the relevance and materiality of the evidence offered, and conformity to legal rules of evidence shall not be necessary. The arbitrator may in his or her discretion direct the order of proof, bifurcate proceedings, exclude cumulative or irrelevant testimony or other evidence, and direct the parties to focus their presentations on issues the decision of which could dispose of all or part of the case. All evidence shall be taken in the presence of all of the arbitrators and all of the parties, except where any party is absent, in default, or has waived the right to be present.

If the parties agree or the arbitrator directs that documents or other evidence may be submitted to the arbitrator after the hearing, the documents or other evidence shall be filed with the AAA for transmission to the arbitrator, unless the parties agree to a different method of distribution. All parties shall be afforded an opportunity to examine such documents or other evidence and to lodge appropriate objections, if any.

## 31. Inspection

Upon the request of a party, the arbitrator may make an inspection in connection with the arbitration. The arbitrator shall set the date and time, and the AAA shall notify the parties. In the event that one or all parties are not present during the inspection, the arbitrator shall make an oral or written report to the parties and afford them an opportunity to comment.

DECLARATION OF BETH E. TERRELL - 41

## 32. Interim Measures

At the request of any party, the arbitrator may grant any remedy or relief that would have been available to the parties had the matter been heard in court, as stated in Rule 39(d), Award.

A request for interim measures addressed by a party to a judicial authority shall not be deemed incompatible with the agreement to arbitrate or a waiver of the right to arbitrate.

## 33. Closing of Hearing

The arbitrator shall specifically inquire of all parties whether they have any further proofs to offer or witnesses to be heard. Upon receiving negative replies or if satisfied that the record is complete, the arbitrator shall declare the hearing closed.

If briefs are to be filed, the hearing shall be declared closed as of the final date set by the arbitrator for the receipt of briefs. If documents are to be filed as provided in Rule 30 and the date set for their receipt is later than that set for the receipt of briefs, the later date shall be the date of closing the hearing. The time limit within which the arbitrator is required to make the award shall commence to run, in the absence of other agreements by the parties, upon closing of the hearing.

## 34. Reopening of Hearing

The hearing may be reopened by the arbitrator upon the arbitrator's initiative, or upon application of a party for good cause shown, at any time before the award is made. If reopening the hearing would prevent the making of the award within the specific time agreed on by the parties in the contract(s) out of which the controversy has arisen, the matter may not be reopened unless the parties agree on an extension of time. When no specific date is fixed in the contract, the arbitrator may reopen the hearing and shall have 30 days from the closing of the reopened hearing within which to make an award.

## 35. Waiver of Oral Hearing

The parties may provide, by written agreement, for the waiver of oral hearings. If the parties are unable to agree as to the procedure, upon the appointment of the arbitrator, the arbitrator shall specify a fair and equitable procedure.

DECLARATION OF BETH E. TERRELL - 42

## 36. Waiver of Objection/Lack of Compliance with These Rules

Any party who proceeds with the arbitration after knowledge that any provision or requirement of these rules has not been complied with, and who fails to state objections thereto in writing or in a transcribed record, shall be deemed to have waived the right to object.

## 37. Extensions of Time

The parties may modify any period of time by mutual agreement. The AAA or the arbitrator may for good cause extend any period of time established by these Rules, except the time for making the award. The AAA shall notify the parties of any extension.

## 38. Serving of Notice

**a.** Any papers, notices, or process necessary or proper for the initiation or continuation of an arbitration under these rules, for any court action in connection therewith, or for the entry of judgment on any award made under these rules may be served on a party by mail addressed to the party, or its representative at the last known address or by personal service, in or outside the state where the arbitration is to be held, provided that reasonable opportunity to be heard with regard to the dispute is or has been granted to the party.

**b.** The AAA, the arbitrator, and the parties may also use overnight delivery or electronic facsimile transmission (fax), to give the notices required by these rules. Where all parties and the arbitrator agree, notices may be transmitted by electronic mail (e-mail), or other methods of communication.

**c.** Unless otherwise instructed by the AAA or by the arbitrator, any documents submitted by any party to the AAA or to the arbitrator shall simultaneously be provided to the other party or parties to the arbitration.

## 39. The Award

**a.** The award shall be made promptly by the arbitrator and, unless otherwise agreed by the parties or specified by law, no later than 30 days from the date of closing of the hearing or, if oral hearings have been waived, from the date of the AAA's transmittal of the final statements and proofs to the arbitrator. Three additional days are provided if briefs are to be filed or other documents are to be transmitted pursuant to Rule 30.

**b.** An award issued under these rules shall be publicly available, on a cost basis. The names of the parties and witnesses will not be publicly available, unless a party expressly agrees to have its name made public in the award.

**c.** The award shall be in writing and shall be signed by a majority of the arbitrators and shall provide the written reasons for the award unless the parties agree otherwise. It shall be executed in the manner required by law.

DECLARATION OF BETH E. TERRELL - 43

**d.** The arbitrator may grant any remedy or relief that would have been available to the parties had the matter been heard in court including awards of attorney's fees and costs, in accordance with applicable law. The arbitrator shall, in the award, assess arbitration fees, expenses, and compensation as provided in Rules 43, 44, and 45 in favor of any party and, in the event any administrative fees or expenses are due the AAA, in favor of the AAA, subject to the provisions contained in the Costs of Arbitration section.

**e.** If the parties settle their dispute during the course of the arbitration and mutually request, the arbitrator may set forth the terms of the settlement in a consent award.

**f.** The parties shall accept as legal delivery of the award the placing of the award or a true copy thereof in the mail, addressed to a party or its representative at the last known address, personal service of the award, or the filing of the award in any manner that may be required by law.

**g.** The arbitrator's award shall be final and binding.

## 40. Modification of Award

Within 20 days after the transmittal of an award, any party, upon notice to the other parties, may request the arbitrator to correct any clerical, typographical, technical, or computational errors in the award. The arbitrator is not empowered to redetermine the merits of any claim already decided. The other parties shall be given 10 days to respond to the request. The arbitrator shall dispose of the request within 20 days after transmittal by the AAA to the arbitrator of the request and any response thereto. If applicable law requires a different procedural time frame, that procedure shall be followed.

## 41. Release of Documents for Judicial Proceedings

The AAA shall, upon the written request of a party, furnish to the party, at that party's expense, certified copies of any papers in the AAA's case file that may be required in judicial proceedings relating to the arbitration.

## 42. Applications to Court

**a.** No judicial proceeding by a party relating to the subject matter of the arbitration shall be deemed a waiver of the party's right to arbitrate.

**b.** Neither the AAA nor any arbitrator in a proceeding under these rules is or shall be considered a necessary or proper party in judicial proceedings relating to the arbitration.

**c.** Parties to these procedures shall be deemed to have consented that judgment upon the arbitration award may be entered in any federal or state court having jurisdiction.

DECLARATION OF BETH E. TERRELL - 44

**d.** Parties to an arbitration under these rules shall be deemed to have consented that neither the AAA nor any arbitrator shall be liable to any party in any action for damages or injunctive relief for any act or omission in connection with any arbitration under these rules.

## 43. Administrative Fees

As a not-for-profit organization, the AAA shall prescribe filing and other administrative fees to compensate it for the cost of providing administrative services. The AAA administrative fee schedule in effect at the time the demand for arbitration or submission agreement is received shall be applicable.

AAA fees shall be paid in accordance with the Costs of Arbitration Section (see page 33-43).

The AAA may, in the event of extreme hardship on any party, defer or reduce the administrative fees. (To ensure that you have the most current information, see our website at **www.adr.org**).

## 44. Neutral Arbitrator's Compensation

Arbitrators shall charge a rate consistent with the arbitrator's stated rate of compensation. If there is disagreement concerning the terms of compensation, an appropriate rate shall be established with the arbitrator by the AAA and confirmed to the parties.

Any arrangement for the compensation of a neutral arbitrator shall be made through the AAA and not directly between the parties and the arbitrator. Payment of the arbitrator's fees and expenses shall be made by the AAA from the fees and moneys collected by the AAA for this purpose.

Arbitrator compensation shall be borne in accordance with the Costs of Arbitration section.

## 45. Expenses

Unless otherwise agreed by the parties or as provided under applicable law, the expenses of witnesses for either side shall be borne by the party producing such witnesses.

DECLARATION OF BETH E. TERRELL - 45

All expenses of the arbitrator, including required travel and other expenses, and any AAA expenses, as well as the costs relating to proof and witnesses produced at the direction of the arbitrator shall be borne in accordance with the Costs of Arbitration section.

## 46. Deposits

The AAA may require deposits in advance of any hearings such sums of money as it deems necessary to cover the expenses of the arbitration, including the arbitrator's fee, if any, and shall render an accounting and return any unexpended balance at the conclusion of the case.

## 47. Suspension for Non-Payment

If arbitrator compensation or administrative charges have not been paid in full, the AAA may so inform the parties in order that one of them may advance the required payment. If such payments are not made, the arbitrator may order the suspension or termination of the proceedings. If no arbitrator has yet been appointed, the AAA may suspend or terminate the proceedings.

## 48. Interpretation and Application of Rules

The arbitrator shall interpret and apply these rules as they relate to the arbitrator's powers and duties. When there is more than one arbitrator and a difference arises among them concerning the meaning or application of these Rules, it shall be resolved by a majority vote. If that is not possible, either an arbitrator or a party may refer the question to the AAA for final decision. All other procedures shall be interpreted and applied by the AAA.

## Costs of Arbitration (including AAA Administrative Fees)

This Costs of Arbitration section contains two separate and distinct sub-sections. Initially, the AAA shall make an administrative determination as to whether the dispute arises from an employer-promulgated plan or an individually-negotiated employment agreement or contract.

If a party disagrees with the AAA's determination, the parties may bring the issue to the attention of the arbitrator for a final determination. The arbitrator's determination will be made on documents only, unless the arbitrator deems a hearing is necessary.

DECLARATION OF BETH E. TERRELL - 46

## For Disputes Arising Out of Employer-Promulgated Plans[*]:

Arbitrator compensation is not included as part of the administrative fees charged by the AAA. Arbitrator compensation is based on the most recent biography sent to the parties prior to appointment. The employer shall pay the arbitrator's compensation unless the employee, post dispute, voluntarily elects to pay a portion of the arbitrator's compensation. Arbitrator compensation, expenses as defined in section (iv) below, and administrative fees are not subject to reallocation by the arbitrator(s) except upon the arbitrator's determination that a claim or counterclaim was filed for purposes of harassment or is patently frivolous.

[*] *Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact Case Filing Services at 877-495-4185 if you have any questions regarding the waiver of administrative fees. (Effective January 1, 2003.)*

A party making a demand for treatment of a claim, counterclaim, or additional claim as a collective action arbitration will be subject to the administrative fees as outlined in the standard and flexible fee schedules below. Arbitrator compensation is not included as a part of the administrative fees charged by the AAA. Arbitrator compensation in cases involving a collective action claim will be charged in accordance with the determination as to whether the dispute arises from an employer-promulgated plan or an individually negotiated employment agreement or contract.

### (i) Filing Fees

**Cases Filed by Employee Against Employer**

In cases before a single arbitrator, a non-refundable filing fee capped in the amount of $200 is payable in full by the employee when a claim is filed, unless the plan provides that the employee pay less. A non-refundable fee in the amount of $1,350 is payable in full by the employer, unless the plan provides that the employer pay more.

In cases before three or more arbitrators, a non-refundable filing fee capped in the amount of $200 is payable in full by the employee when a claim is filed, unless the plan provides that the employee pay less. A non-refundable fee in the amount of $1,800 is payable in full by the employer, unless the plan provides that the employer pay more.

DECLARATION OF BETH E. TERRELL - 47

The employer's share is due as soon as the employee meets his or her filing requirements, even if the matter settles.

There shall be no filing fee charged for a counterclaim. If a determination is made that the dispute arises out of an individually-negotiated employment agreement, the filing fee for a counterclaim will be charged in accordance with the fee schedules below for disputes arising out of individually negotiated employment agreements.

The above fee schedule will also apply where the employer files on behalf of the employee pursuant to the terms of the employer promulgated plan.

## Cases Filed by Employer Against Employee

In cases before a single arbitrator, a non-refundable fee in the amount of $1,550 is payable in full by the employer.

In cases before three or more arbitrators, a non-refundable fee in the amount of $2,000 is payable in full by the employer.

There shall be no filing fee charged for a counterclaim. If a determination is made that the dispute arises out of an individually-negotiated employment agreement, the filing fee for a counterclaim will be charged in accordance with the fee schedules below for disputes arising out of individually-negotiated employment agreements.

### (ii) Hearing Fees

For each day of hearing held before a single arbitrator, an administrative fee of $350 is payable by the employer.

For each day of hearing held before a multi-arbitrator panel, an administrative fee of $500 is payable by the employer.

There is no AAA hearing fee for the initial Arbitration Management Conference.

DECLARATION OF BETH E. TERRELL - 48

### (iii) Postponement/Cancellation Fees

A fee of $150 is payable by a party causing a postponement of any hearing scheduled before a single arbitrator.

A fee of $250 is payable by a party causing a postponement of any hearing scheduled before a multi-arbitrator panel.

### (iv) Hearing Room Rental

The hearing fees described above do not cover the rental of hearing rooms. The AAA maintains hearing rooms in most offices for the convenience of the parties. Check with the administrator for availability and rates. Hearing room rental fees will be borne by the employer.

### (v) Abeyance Fee

Parties on cases held in abeyance for one year will be assessed an annual abeyance fee of $300. A case may only be held in abeyance after the initial filing fees have been paid. If a party refuses to pay the assessed fee, the other party or parties may pay the entire fee on behalf of all parties, otherwise the matter will be administratively closed.

### (vi) Expenses

All expenses of the arbitrator, including required travel and other expenses, and any AAA expenses, as well as the costs relating to proof and witnesses produced at the direction of the arbitrator, shall be borne by the employer.

## For Disputes Arising Out of Individually-Negotiated Employment Agreements and Contracts:

The AAA's Fee Schedule, as modified below, will apply to disputes arising out of individually-negotiated employment agreements and contracts, even if such agreements and contracts reference or incorporate an employer-promulgated plan. Arbitrator compensation is not included as part of the administrative fees charged by the AAA. Arbitrator compensation is based on the most recent biography sent to the parties prior to appointment.

DECLARATION OF BETH E. TERRELL - 49

## Administrative Fee Schedules (Standard and Flexible Fees)

The AAA has two administrative fee options for parties filing claims or counterclaims, the Standard Fee Schedule and Flexible Fee Schedule. The Standard Fee Schedule has a two-payment schedule, and the Flexible Fee Schedule has a three-payment schedule which offers lower initial filing fees, but potentially higher total administrative fees of approximately 12% to 19% for cases that proceed to a hearing. The administrative fees of the AAA are based on the amount of the claim or counterclaim. Arbitrator compensation is not included in this schedule. Unless the parties agree otherwise, arbitrator compensation and administrative fees are subject to allocation by the arbitrator in the award.

**Fees for incomplete or deficient filings:** Where the applicable arbitration agreement does not reference the AAA, the AAA will attempt to obtain the agreement of the other parties to the dispute to have the arbitration administered by the AAA. However, where the AAA is unable to obtain the agreement of the parties to have the AAA administer the arbitration, the AAA will administratively close the case and will not proceed with the administration of the arbitration. In these cases, the AAA will return the filing fees to the filing party, less the amount specified in the fee schedule below for deficient filings.

Parties that file Demands for Arbitration that are incomplete or otherwise do not meet the filing requirements contained in these rules shall also be charged the amount specified below for deficient filings if they fail or are unable to respond to the AAA's request to correct the deficiency.

**Fees for additional services:** The AAA reserves the right to assess additional administrative fees for services performed by the AAA beyond those provided for in these rules which may be required by the parties' agreement or stipulation.

### (i) Standard Fee Schedule

An Initial Filing Fee is payable in full by a filing party when a claim, counterclaim, or additional claim is filed. A Final Fee will be incurred for all cases that proceed to their first hearing. This fee will be payable in advance at the time that the first hearing is scheduled. This fee will be refunded at the conclusion of the case if no hearings have occurred. However, if the Association is not notified of a cancellation at least 24 hours before the time of the scheduled hearing, the Final Fee will remain due and will not be refunded.

DECLARATION OF BETH E. TERRELL - 50

These fees will be billed in accordance with the following schedule:

| AMOUNT OF CLAIM | INITIAL FILING FEE | FINAL FEE |
|---|---|---|
| Up to $75,000 | $750 | $800 |
| Above $75,000 to $150,000 | $1,750 | $1,250 |
| Above $150,000 to $300,000 | $2,650 | $2,000 |
| Above $300,000 to $500,000 | $4,000 | $3,500 |
| Above $500,000 to $1,000,000 | $5,000 | $6,200 |
| Above $1,000,000 to $10,000,000 | $7,000 | $7,700 |
| Above $10,000,000 | Base fee of $10,000 plus .01% of the amount above $10,000,000 up to $65,000 | $12,500 |
| Collective Action Claims[2] | $3,250 | $2,500 |
| Nonmonetary Claims[1] | $3,250 | $2,500 |
| Deficient Claim Filing Fee | $500 | |
| Additional Services[2] | | |

[1]This fee is applicable when a claim or counterclaim is not for a monetary amount. Where a monetary claim amount is not known, parties will be required to state a range of claims or be subject to a filing fee of $7,000 and a final fee of $7,700.

[2] This fee is applicable where a party makes a demand for treatment of a claim, counterclaim, or additional claim as a collective action arbitration.

[3]The AAA may assess additional fees where procedures or services outside the rules sections are required under the parties' agreement or by stipulation.

DECLARATION OF BETH E. TERRELL - 51

Fees are subject to increase if the amount of a claim or counterclaim is modified after the initial filing date. Fees are subject to decrease if the amount of a claim or counterclaim is modified before the first hearing.

The minimum fees for any case having three or more arbitrators are $4,000 for the Initial Filing Fee, plus a $3,500 Final Fee. Expedited Procedures are applied in any case where no disclosed claim or counterclaim exceeds $75,000, exclusive of interest and arbitration costs.

Parties on cases filed under either the Flexible Fee Schedule or the Standard Fee Schedule that are held in abeyance for one year will be assessed an annual abeyance fee of $500. If a party refuses to pay the assessed fee, the other party or parties may pay the entire fee on behalf of all parties, otherwise the matter will be administratively closed.

*For more information, please contact your local AAA office, case management center, or our Customer Service desk at 1-800-778-7879.*

## (ii) Refund Schedule for Standard Fee Schedule

The AAA offers a refund schedule on filing fees connected with the Standard Fee Schedule. A minimum filing fee of $500 will not be refunded. Subject to the minimum fee requirements, refunds will be calculated as follows:

> ➤ 100% of the filing fee, above the minimum fee, will be refunded if the case is settled or withdrawn within five calendar days of filing.

> ➤ 50% of the filing fee will be refunded if the case is settled or withdrawn between six and 30 calendar days of filing.

> ➤ 25% of the filing fee will be refunded if the case is settled or withdrawn between 31 and 60 calendar days of filing.

***No refund will be made once an arbitrator has been appointed (this includes one arbitrator on a three-arbitrator panel). No refunds will be granted on awarded cases.***

**Note:** The date of receipt of the Demand for Arbitration with the AAA will be used to calculate refunds of filing fees for both claims and counterclaims.

DECLARATION OF BETH E. TERRELL - 52

## (iii) Flexible Fee Schedule

A non-refundable Initial Filing Fee is payable in full by a filing party when a claim, counterclaim, or additional claim is filed. Upon receipt of the Demand for Arbitration, the AAA will promptly initiate the case and notify all parties as well as establish the due date for filing of an Answer, which may include a Counterclaim. In order to proceed with the further administration of the arbitration and appointment of the arbitrator(s), the appropriate, non-refundable Proceed Fee outlined below must be paid.

If a Proceed Fee is not submitted within ninety (90) days of the filing of the Claimant's Demand for Arbitration, the Association will administratively close the file and notify all parties.

**No refunds or refund schedule will apply to the Filing or Proceed Fees once received.**

The Flexible Fee Schedule on the next page also may be utilized for the filing of counterclaims. However, as with the Claimant's claim, the counterclaim will not be presented to the arbitrator until the Proceed Fee is paid.

A Final Fee will be incurred for all claims and/or counterclaims that proceed to their first hearing. This fee will be payable in advance when the first hearing is scheduled, but will be refunded at the conclusion of the case if no hearings have occurred. However, if the Association is not notified of a cancellation at least 24 hours before the time of the scheduled hearing, the Final Fee will remain due and will not be refunded.

DECLARATION OF BETH E. TERRELL - 53

All fees will be billed in accordance with the following schedule:

| AMOUNT OF CLAIM | INITIAL FILING FEE | PROCEED FEE | FINAL FEE |
|---|---|---|---|
| $150,000 to $300,000 | $1,650 | $1,700 | $2,000 |
| Above $300,000 to $500,000 | $2,000 | $3,000 | $3,500 |
| Above $500,000 to $1,000,000 | $2,500 | $4,300 | $6,200 |
| Above $1,000,000 to $10,000,000 | $3,500 | $5,700 | $7,700 |
| Above $10,000,000 | $5,000 | $9,000 plus .01% of claim amount over $10,000,000 up to $65,000 | $12,500 |
| Nonmonetary[1] | $2,000 | $2,250 | $2,500 |
| Collective Action Claims[2] | $2,000 | $2,250 | $2,500 |
| Deficient Claim Filing Fee | $500 | | |
| Additional Services[2] | | | |

[1] This fee is applicable when a claim or counterclaim is not for a monetary amount. Where a monetary claim amount is not known, parties will be required to state a range of claims or be subject to a filing fee of $3,500, a proceed fee of $5,700, and a final fee of $7,700.

[2] This fee is applicable where a party makes a demand for treatment of a claim, counterclaim, or additional claim as a collective action arbitration.

[3] The AAA reserves the right to assess additional administrative fees for services performed by the AAA beyond those provided for in these rules and which may be required by the parties' agreement or stipulation.

DECLARATION OF BETH E. TERRELL - 54

*For more information, please contact your local AAA office, case management center, or our Customer Service desk at 1-800-778-7879.* All fees are subject to increase if the amount of a claim or counterclaim is modified after the initial filing date. Fees are subject to decrease if the amount of a claim or counterclaim is modified before the first hearing.

The minimum fees for any case having three or more arbitrators are $2,000 for the Initial Filing Fee; $3,000 for the Proceed Fee; and $3,500 for the Final Fee.

Under the Flexible Fee Schedule, a party's obligation to pay the Proceed Fee shall remain in effect regardless of any agreement of the parties to stay, postpone or otherwise modify the arbitration proceedings.

Parties that, through mutual agreement, have held their case in abeyance for one year will be assessed an annual abeyance fee of $500. If a party refuses to pay the assessed fee, the other party or parties may pay the entire fee on behalf of all parties, otherwise the matter will be closed.

**Note:** The date of receipt by the AAA of the Demand for Arbitration will be used to calculate the ninety (90)-day time limit for payment of the Proceed Fee.

There is no Refund Schedule in the Flexible Fee Schedule.

### (iv) Hearing Room Rental

The fees described on the previous page do not cover the cost of hearing rooms, which are available on a rental basis. Check with the AAA for availability and rates.

### (v) Expenses

All expenses of the arbitrator, including required travel and other expenses, and any AAA expenses, as well as the costs relating to proof and witnesses produced at the direction of the arbitrator, shall be borne equally by the parties.

## For Disputes Proceeding Under the Supplementary Rules for Class Action Arbitration ("Supplementary Rules"):

The AAA's Administered Fee Schedule, as listed in Section 11 of the Supplementary Rules for Class Action Arbitration, shall apply to disputes proceeding under the Supplementary Rules.

DECLARATION OF BETH E. TERRELL - 55

## Optional Rules for Emergency Measures of Protection

### O-1. Applicability

Where parties by special agreement or in their arbitration clause have adopted these rules for emergency measures of protection, a party in need of emergency relief prior to the constitution of the panel shall notify the AAA and all other parties in writing of the nature of the relief sought and the reasons why such relief is required on an emergency basis. The application shall also set forth the reasons why the party is entitled to such relief. Such notice may be given by facsimile transmission, or other reliable means, but must include a statement certifying that all other parties have been notified or an explanation of the steps taken in good faith to notify other parties.

### O-2. Appointment of Emergency Arbitrator

Within one business day of receipt of notice as provided in Section O-1, the AAA shall appoint a single emergency arbitrator from a special AAA panel of emergency arbitrators designated to rule on emergency applications. The emergency arbitrator shall immediately disclose any circumstance likely, on the basis of the facts disclosed in the application, to affect such arbitrator's impartiality or independence. Any challenge to the appointment of the emergency arbitrator must be made within one business day of the communication by the AAA to the parties of the appointment of the emergency arbitrator and the circumstances disclosed.

### O-3. Schedule

The emergency arbitrator shall as soon as possible, but in any event within two business days of appointment, establish a schedule for consideration of the application for emergency relief. Such schedule shall provide a reasonable opportunity to all parties to be heard, but may provide for proceeding by telephone conference or on written submissions as alternatives to a formal hearing.

### O-4. Interim Award

If after consideration the emergency arbitrator is satisfied that the party seeking the emergency relief has shown that immediate and irreparable loss or damage will result in the absence of emergency relief, and that such party is entitled to such relief, the emergency arbitrator may enter an interim award granting the relief and stating the reasons therefore.

DECLARATION OF BETH E. TERRELL - 56

## O-5. Constitution of the Panel

Any application to modify an interim award of emergency relief must be based on changed circumstances and may be made to the emergency arbitrator until the panel is constituted; thereafter such a request shall be addressed to the panel. The emergency arbitrator shall have no further power to act after the panel is constituted unless the parties agree that the emergency arbitrator is named as a member of the panel.

## O-6. Security

Any interim award of emergency relief may be conditioned on provision by the party seeking such relief of appropriate security.

## O-7. Special Master

A request for interim measures addressed by a party to a judicial authority shall not be deemed incompatible with the agreement to arbitrate or a waiver of the right to arbitrate. If the AAA is directed by a judicial authority to nominate a special master to consider and report on an application for emergency relief, the AAA shall proceed as provided in Section O-1 of this article and the references to the emergency arbitrator shall be read to mean the special master, except that the special master shall issue a report rather than an interim award.

## O-8. Costs

The costs associated with applications for emergency relief shall be apportioned in the same manner as set forth in the Costs of Arbitration section.

DECLARATION OF BETH E. TERRELL - 57

## Employment Mediation Procedures

### M-1. Agreement of Parties

Whenever, by stipulation or in their contract, the parties have provided for mediation or conciliation of existing or future disputes under the auspices of the American Arbitration Association (AAA) or under these procedures, the parties and their representatives, unless agreed otherwise in writing, shall be deemed to have made these procedures, as amended and in effect as of the date of filing of a request for mediation, a part of their agreement and designate the AAA as the administrator of their mediation.

The parties by mutual agreement may vary any part of these procedures including, but not limited to, agreeing to conduct the mediation via telephone or other electronic or technical means.

### M-2. Initiation of Mediation

Any party or parties to a dispute may initiate mediation under the AAA's auspices by making a Request for Mediation to any of the AAA's regional offices or case management centers via telephone, email, regular mail or fax. Requests for Mediation may also be filed online via AAA WebFile at **www.adr.org.**

The party initiating the mediation shall simultaneously notify the other party or parties of the request. The initiating party shall provide the following information to the AAA and the other party or parties as applicable:

    i.   A copy of the mediation provision of the parties' contract or the parties' stipulation to mediate.

    ii.   The names, regular mail addresses, email addresses (if available), and telephone numbers of all parties to the dispute and representatives, if any, in the mediation.

    iii.   A brief statement of the nature of the dispute and the relief requested.

    iv.   Any specific qualifications the mediator should possess.

Where there is no preexisting stipulation or contract by which the parties have provided for mediation of existing or future disputes under the auspices of the AAA, a party may request the AAA to invite another party to participate in "mediation by voluntary submission". Upon receipt of such a request, the AAA will contact the other party or parties involved in the dispute and attempt to obtain a submission to mediation.

DECLARATION OF BETH E. TERRELL - 58

## M-3. Fixing of Locale (the city, county, state, territory and, if applicable, country of the mediation)

   **i.**   When the parties' agreement to mediate is silent with respect to locale and the parties are unable to agree upon a locale, the AAA shall have the authority to consider the parties' arguments and determine the locale.

   **ii.**   When the parties' agreement to mediate requires a specific locale, absent the parties' agreement to change it, the locale shall be that specified in the agreement to mediate.

   **iii.**   If the reference to a locale in the agreement to mediate is ambiguous, the AAA shall have the authority to consider the parties' arguments and determine the locale.

## M-4. Representation

Any party may participate without representation (pro-se), or by any representative of that party's choosing, or by counsel, unless such choice is prohibited by applicable law. A party intending to have representation shall notify the other party and the AAA of the name, telephone number and address, and email address if available of the representative.

## M-5. Appointment of the Mediator

Parties may search the online profiles of the AAA's Panel of Mediators at **www.adr.org/mediation** in an effort to agree on a mediator. If the parties have not agreed to the appointment of a mediator and have not provided any other method of appointment, the mediator shall be appointed in the following manner:

   **i.**   Upon receipt of a request for mediation, the AAA will send to each party a list of mediators from the AAA's Panel of Mediators. The parties are encouraged to agree to a mediator from the submitted list and to advise the AAA of their agreement.

   **ii.**   If the parties are unable to agree upon a mediator, each party shall strike unacceptable names from the list, number the remaining names in order of preference, and return the list to the AAA. If a party does not return the list within the time specified, all mediators on the list shall be deemed acceptable to that party. From among the mediators who have been mutually approved by the parties, and in accordance with the designated order of mutual preference, the AAA shall invite a mediator to serve.

   **iii.**   If the parties fail to agree on any of the mediators listed, or if acceptable mediators are unable to serve, or if for any other reason the appointment cannot be made from the submitted list, the AAA shall have the authority to make the appointment from among other members of the Panel of Mediators without the submission of additional lists.

DECLARATION OF BETH E. TERRELL - 59

## M-6. Mediator's Impartiality and Duty to Disclose

AAA mediators are required to abide by the *Model Standards of Conduct for Mediators* in effect at the time a mediator is appointed to a case. Where there is a conflict between the Model Standards and any provision of these Mediation Procedures, these Mediation Procedures shall govern. The Standards require mediators to (i) decline a mediation if the mediator cannot conduct it in an impartial manner, and (ii) disclose, as soon as practicable, all actual and potential conflicts of interest that are reasonably known to the mediator and could reasonably be seen as raising a question about the mediator's impartiality.

Prior to accepting an appointment, AAA mediators are required to make a reasonable inquiry to determine whether there are any facts that a reasonable individual would consider likely to create a potential or actual conflict of interest for the mediator. AAA mediators are required to disclose any circumstance likely to create a presumption of bias or prevent a resolution of the parties' dispute within the time-frame desired by the parties. Upon receipt of such disclosures, the AAA shall immediately communicate the disclosures to the parties for their comments.

The parties may, upon receiving disclosure of actual or potential conflicts of interest of the mediator, waive such conflicts and proceed with the mediation. In the event that a party disagrees as to whether the mediator shall serve, or in the event that the mediator's conflict of interest might reasonably be viewed as undermining the integrity of the mediation, the mediator shall be replaced.

## M-7. Vacancies

If any mediator shall become unwilling or unable to serve, the AAA will appoint another mediator, unless the parties agree otherwise, in accordance with section M-5.

## M-8. Duties and Responsibilities of the Mediator

   i.   The mediator shall conduct the mediation based on the principle of party self-determination. Self-determination is the act of coming to a voluntary, uncoerced decision in which each party makes free and informed choices as to process and outcome.

   ii.  The mediator is authorized to conduct separate or ex parte meetings and other communications with the parties and/or their representatives, before, during, and after any scheduled mediation conference. Such communications may be conducted via telephone, in writing, via email, online, in person or otherwise.

DECLARATION OF BETH E. TERRELL - 60

iii. The parties are encouraged to exchange all documents pertinent to the relief requested. The mediator may request the exchange of memoranda on issues, including the underlying interests and the history of the parties' negotiations. Information that a party wishes to keep confidential may be sent to the mediator, as necessary, in a separate communication with the mediator.

iv. The mediator does not have the authority to impose a settlement on the parties but will attempt to help them reach a satisfactory resolution of their dispute. Subject to the discretion of the mediator, the mediator may make oral or written recommendations for settlement to a party privately or, if the parties agree, to all parties jointly.

v. In the event a complete settlement of all or some issues in dispute is not achieved within the scheduled mediation session(s), the mediator may continue to communicate with the parties, for a period of time, in an ongoing effort to facilitate a complete settlement.

vi. The mediator is not a legal representative of any party and has no fiduciary duty to any party.

vii. The mediator shall set the date, time, and place for each session of the mediation conference. The parties shall respond to requests for conference dates in a timely manner, be cooperative in scheduling the earliest practicable date, and adhere to the established conference schedule. The AAA shall provide notice of the conference to the parties in advance of the conference date, when timing permits.

## M-9. Responsibilities of the Parties

The parties shall ensure that appropriate representatives of each party, having authority to consummate a settlement, attend the mediation conference.

Prior to and during the scheduled mediation conference session(s) the parties and their representatives shall, as appropriate to each party's circumstances, exercise their best efforts to prepare for and engage in a meaningful and productive mediation.

## M-10. Privacy

Mediation sessions and related mediation communications are private proceedings. The parties and their representatives may attend mediation sessions. Other persons may attend only with the permission of the parties and with the consent of the mediator.

DECLARATION OF BETH E. TERRELL - 61

## M-11. Confidentiality

Subject to applicable law or the parties' agreement, confidential information disclosed to a mediator by the parties or by other participants (witnesses) in the course of the mediation shall not be divulged by the mediator. The mediator shall maintain the confidentiality of all information obtained in the mediation, and all records, reports, or other documents received by a mediator while serving in that capacity shall be confidential.

The mediator shall not be compelled to divulge such records or to testify in regard to the mediation in any adversary proceeding or judicial forum.

The parties shall maintain the confidentiality of the mediation and shall not rely on, or introduce as evidence in any arbitral, judicial, or other proceeding the following, unless agreed to by the parties or required by applicable law:

i. Views expressed or suggestions made by a party or other participant with respect to a possible settlement of the dispute;

ii. Admissions made by a party or other participant in the course of the mediation proceedings;

iii. Proposals made or views expressed by the mediator; or

iv. The fact that a party had or had not indicated willingness to accept a proposal for settlement made by the mediator.

## M-12. No Stenographic Record

There shall be no stenographic record of the mediation process.

## M-13. Termination of Mediation

The mediation shall be terminated:

i. By the execution of a settlement agreement by the parties; or

ii. By a written or verbal declaration of the mediator to the effect that further efforts at mediation would not contribute to a resolution of the parties' dispute; or

iii. By a written or verbal declaration of all parties to the effect that the mediation proceedings are terminated; or

iv. When there has been no communication between the mediator and any party or party's representative for 21 days following the conclusion of the mediation conference.

DECLARATION OF BETH E. TERRELL - 62

## M-14. Exclusion of Liability

Neither the AAA nor any mediator is a necessary party in judicial proceedings relating to the mediation. Neither the AAA nor any mediator shall be liable to any party for any error, act or omission in connection with any mediation conducted under these procedures. Parties to a mediation under these procedures may not call the mediator, the AAA or AAA employees as a witness in litigation or any other proceeding relating to the mediation. The mediator, the AAA and AAA employees are not competent to testify as witnesses in any such proceeding.

## M-15. Interpretation and Application of Procedures

The mediator shall interpret and apply these procedures insofar as they relate to the mediator's duties and responsibilities. All other procedures shall be interpreted and applied by the AAA.

## M-16. Deposits

Unless otherwise directed by the mediator, the AAA will require the parties to deposit in advance of the mediation conference such sums of money as it, in consultation with the mediator, deems necessary to cover the costs and expenses of the mediation and shall render an accounting to the parties and return any unexpended balance at the conclusion of the mediation.

## M-17. Expenses

All expenses of the mediation, including required traveling and other expenses or charges of the mediator, shall be borne equally by the parties unless they agree otherwise. The expenses of participants for either side shall be paid by the party requesting the attendance of such participants.

## M-18. Cost of the Mediation

There is no filing fee to initiate a mediation or a fee to request the AAA to invite parties to mediate.

The cost of mediation is based on the hourly or daily mediation rate published on the mediator's AAA profile. This rate covers both mediator compensation and an allocated portion for the AAA's services. There is a four-hour or one half-day minimum charge for a mediation conference. Expenses referenced in Section M-17 may also apply.

DECLARATION OF BETH E. TERRELL - 63

If a matter submitted for mediation is withdrawn or cancelled or results in a settlement after the request to initiate mediation is filed but prior to the mediation conference the cost is $200 plus any mediator time and charges incurred. These costs shall be borne by the initiating party unless the parties agree otherwise.

If you have questions about mediation costs or services visit **www.adr.org/mediation** or contact your local AAA office.

DECLARATION OF BETH E. TERRELL - 64

*© 2014 American Arbitration Association, Inc. All rights reserved. These Rules are the copyrighted property of the*
*American Arbitration Association (AAA) and are intended to be used in conjunction with the AAA's administrative services.*
*Any unauthorized use or modification of these Rules may violate copyright laws and other applicable laws.*
*Please contact 800.778.7879 or websitemail@adr.org for additional information.*

DECLARATION OF BETH E. TERRELL - 65

## Regional Vice Presidents and Directors

**States: Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania, West Virginia**
Kenneth Egger
Vice President
Phone: 215.731.2281
Email: EggerK@adr.org

**States: Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, Oregon, Utah, Washington, Wyoming**
John English
Vice President
Phone: 619.239.3051
Email: EnglishJ@adr.org

**States: Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Tennessee, Wisconsin**
Jan Holdinski
Vice President
Phone: 248.352.5509
Email: HoldinskiJ@adr.org

**States: Connecticut, Maine, Massachusetts, New Hampshire, New York, Vermont**
Ann Lesser, Esq.
Vice President
Phone: 212.484.4084
Email: LesserA@adr.org

**States: Alabama, Arkansas, Florida, Georgia, Mississippi, North Carolina, South Carolina, Virginia**
Charles Dorsey
Director
Phone: 866.686.6024
Email: DorseyC@adr.org

**States: Rhode Island**
Heather Santo
Director
Phone: 866.293.4053
Email: SantoH@adr.org

**States: Louisiana, New Mexico, Oklahoma, Texas**
Patrick Tatum
Vice President
Phone: 559.490.1905
Email: TatumP@adr.org

## Case Management Directors

Charles Dorsey
Director
Phone: 866.686.6024
Email: DorseyC@adr.org
**Administers cases in FL, GA**

Heather Santo
Director
Phone: 866.293.4053
Email: SantoH@adr.org
**Administers cases in AL, CT, DE, DC, IN, KY, ME, MD, MA, MI, NH, NJ, NY, NC, OH, PA, RI, SC, TN, VT, VA, WV**

Patrick Tatum
Vice President
Phone: 559.490.1905
Email: TatumP@adr.org
**Administers cases in AK, AZ, AR, CA, CO, HI, ID, IL, IA, KS, LA, MN, MS, MO, MT, NE, NV, NM, ND, OK, OR, SD, TX, UT, WA, WI, WY**



AMERICAN ARBITRATION ASSOCIATION®

800.778.7879 | websitemail@adr.org | adr.org