DAVID R. ONGARO, CA SBN. 154698 (admitted *pro hac vice*)
david.ongaro@tklaw.com
AMELIA D. WINCHESTER, CA SBN. 257928 (admitted *pro hac vice*)
amelia.winchester@tklaw.com
THOMPSON & KNIGHT LLP
50 California Street, Suite 3325
San Francisco, CA  94111
Telephone:  (415) 433-3900
Facsimile:  (415) 433-3950

Michael E. McAleenan, WSBA #29426
SMITH ALLING, PS
Attorneys for Defendants
1515 Dock Street, Suite 3
Tacoma, WA  98402
253-627-1091
253-627-0123 (fax)
mmc@smithalling.com
julie@smithalling.com

*Attorneys for Defendant TrueBlue, Inc.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JOSEPH, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUEBLUE, INC. d/b/a LABOR READY, INC., and TRUEBLUE, INC., Washington corporations,<br><br>Defendants. | No. 3:14-cv-05963-BHS<br><br>DEFENDANT TRUEBLUE, INC.'S CORPORATE DISCLOSURE STATEMENT |

CORPORATE DISCLOSURE STATEMENT
(Case No. 2:14-cv-00316)

SMITH | ALLING PS
ATTORNEYS AT LAW
1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

Pursuant to Fed. R. Civ. P. 7.1 and LCR 7.1, Defendant TrueBlue, Inc. discloses that it is a publicly held corporation and that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

Dated: March 10, 2015           THOMPSON & KNIGHT LLP

By  /s/ David R. Ongaro
    David R. Ongaro

    *Attorney for Defendant LABOR READY MIDWEST, INC. (erroneously sued as TrueBlue, Inc. d/b/a Labor Ready, Inc.) and TRUEBLUE, INC.*

Dated: March 10, 2015           SMITH ALLING, PS

By  /s/ Michael McAleenan
    Michael E. McAleenan
    WSBA #29426

    *Attorney for Defendant LABOR READY MIDWEST, INC. (erroneously sued as TrueBlue, Inc. d/b/a Labor Ready, Inc.) and TRUEBLUE, INC.*

CORPORATE DISCLOSURE STATEMENT -
(Case No. 2:14-cv-00316)



SMITH | ALLING PS
ATTORNEYS AT LAW

1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

# CERTIFICATE OF SERVICE

I hereby certify that I have this 10th day of March, 2015, served a true and correct copy of the foregoing document, via the methods noted below, properly addressed as follows:

*Counsel for Plaintiff:*

| | |
|---|---|
| Beth E. Terrell, WSBA #26759<br>TERRELL MARSHALL DAUDT<br>  & WILLIE PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Facsimile: (206) 350-3528<br>Email: bterrell@tmdwlaw.com | _____ Hand Delivery<br>_____ U.S. Mail (first-class, postage prepaid)<br>_____ Overnight Mail<br>_____ Facsimile<br>_____ Email<br>__X__ ECF |
| Keith James Keogh<br>KEOGH LAW, LTD.<br>55 W. Monroe Street, Suite 3390<br>Chicago, Illinois 60603<br>Facsimile: (312) 726-1093<br>Email: keith@keoghlaw.com | _____ Hand Delivery<br>_____ U.S. Mail (first-class, postage prepaid)<br>_____ Overnight Mail<br>_____ Facsimile<br>_____ Email:<br>__X__ ECF |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 10th day of March, 2015, at Tacoma, Washington.

        */s/ Julie Perez*
        JULIE PEREZ

CORPORATE DISCLOSURE STATEMENT -
(Case No. 2:14-cv-00316)

SMITH | ALLING PS
ATTORNEYS AT LAW

1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

5680 18 qc103001 3/10/15