DAVID R. ONGARO, CA SBN. 154698 (admitted *pro hac vice*)
david.ongaro@tklaw.com
AMELIA D. WINCHESTER, CA SBN. 257928 (admitted *pro hac vice*)
amelia.winchester@tklaw.com
THOMPSON & KNIGHT LLP
50 California Street, Suite 3325
San Francisco, CA 94111
Telephone: (415) 433-3900
Facsimile: (415) 433-3950

Michael E. McAleenan, WSBA #29426
SMITH ALLING, PS
Attorneys for Defendants
1515 Dock Street, Suite 3
Tacoma, WA 98402
253-627-1091
253-627-0123 (fax)
mmc@smithalling.com
julie@smithalling.com

*Attorneys for Defendant TrueBlue, Inc.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JOSEPH, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUEBLUE, INC. d/b/a LABOR READY, INC., and TRUEBLUE, INC., Washington corporations,<br><br>Defendants. | No. 3:14-cv-05963-BHS<br><br>**DECLARATION OF CAROLYN ASCHEMAN IN SUPPORT OF DEFENDANT'S MOTION TO DETERMINE CHOICE OF LAW**<br><br>ORAL ARGUMENT REQUESTED |

DECLARATION OF CAROLYN ASCHEMAN
(Case No. 3:14-cv-05963-BHS)

SMITH ALLING PS
ATTORNEYS AT LAW
1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

I, Carolyn Ascheman, declare as follows:

1. I am over 18 years of age and make this declaration based on personal knowledge and, if sworn as a witness, I could and would testify competently to the facts contained herein.

2. I am the Director of Product Ownership for TrueBlue, Inc. ("TrueBlue"). I have held this role since October 2014 and work out of TrueBlue's headquarters in Tacoma, Washington.

3. I work in the TrueBlue Information and Technology Department. My job duties include providing support for some of the various software products that are licensed to TrueBlue, Inc.'s subsidiaries, which includes the WorkAlert text messaging application. WorkAlert is used by Labor Ready Midwest, Inc. to provide job offers to those seeking work.

4. When an employee at a Labor Ready Midwest, Inc. branch wishes to make an offer for temporary work to a temporary worker who has opted in to the text messaging program through WorkAlert, the employee does so by bringing up a web browser application (WorkAlert) in the employee's branch. In that browser application the employee can then look up employees whose skills match the job opportunity. The Labor Ready Midwest, Inc. employee can then type an individualized message to send to the temporary worker. When the Labor Ready Midwest, Inc. employee selects "send," the message will be transmitted.

5. After the message is sent, the information is conveyed as raw data to a TrueBlue, Inc. server.

6. From there the information is sent - still in data form- to a third-party service called an aggregator. The aggregators have a direct relationship with the cellular carriers, and either the aggregator or the cellular provider takes the information sent from the Labor Ready

DECLARATION OF CAROLYN ASCHEMAN
(Case No. 3:14-cv-05963-BHS) – Page 1

 
SMITH | ALLING PS
ATTORNEYS AT LAW
1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

Midwest, Inc. branch and converts it into a text message (in this instance SMS) format.

7. From there, the cellular carrier delivers any message to a temporary worker's phone, and the worker can respond if the worker is interested in the job.

8. TrueBlue, Inc. has no involvement in composing the WorkAlert text messages, however, raw data passes through a TrueBlue, Inc. server. Accordingly, any text messages Daniel Joseph would have received regarding potential job opportunities with Labor Ready Midwest, Inc. would have been written and thereafter sent through WorkAlert by a Labor Ready Midwest, Inc. employee located in Minnesota.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th Day of April, 2015 at Tacoma, Washington.

_____
Carolyn Ascheman

DECLARATION OF CAROLYN ASCHEMAN
(Case No. 3:14-cv-05963-BHS) – Page 2


SMITH | ALLING PS
ATTORNEYS AT LAW

1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

# CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of April, 2015, served a true and correct copy of the foregoing document, via the methods noted below, properly addressed as follows:

*Counsel for Plaintiff:*

| Beth E. Terrell, WSBA #26759 | | Hand Delivery |
| TERRELL MARSHALL DAUDT & WILLIE PLLC | | U.S. Mail (first-class, postage prepaid) |
| 936 North 34th Street, Suite 300 | | Overnight Mail |
| Seattle, Washington 98103 | | Facsimile |
| Facsimile: (206) 350-3528 | | Email |
| Email: bterrell@tmdwlaw.com | **X** | ECF |

| Keith James Keogh | | Hand Delivery |
| KEOGH LAW, LTD. | | U.S. Mail (first-class, postage prepaid) |
| 55 W. Monroe Street, Suite 3390 | | |
| Chicago, Illinois 60603 | | Overnight Mail |
| Facsimile: (312) 726-1093 | | Facsimile |
| Email: keith@keoghlaw.com | | Email: |
| | **X** | ECF |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 8th day of April, 2015, at San Francisco, California.

/s/ Bridgette Ollberding
BRIDGETTE OLLBERDING

CERTIFICATE OF SERVICE
No. 3:14-cv-05963-BHS



1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123