DAVID R. ONGARO, CA SBN. 154698 (admitted *pro hac vice*)
dongaro@ongaropc.com
AMELIA D. WINCHESTER, CA SBN. 257928(admitted *pro hac vice*)
awinchester@ongaropc.com
ONGARO PC
50 California Street, Suite 3325
San Francisco, CA  94111
Telephone: (415) 433-3900
Facsimile: (415) 433-3950

Michael E. McAleenan, WSBA #29426
SMITH ALLING, PS
Attorneys for Defendants
1501 Dock Street
Tacoma, WA  98402
253-627-1091
253-627-0123 (fax)
mmc@smithalling.com
julie@smithalling.com

*Attorneys for Defendant TrueBlue, Inc.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| DANIEL JOSEPH, an individual on behalf of himself and all others similarly situated, | No. 3:14-cv-05963-BHS |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE NOTING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| TRUEBLUE, INC. d/b/a LABOR READY, INC., and TRUEBLUE, INC., Washington corporations, | Former Noting Date: March 11, 2016<br>New Noting Date:     July 15, 2016 |
| Defendants. | |

[PROPOSED] ORDER
(Case No. 3:14-cv-05963-BHS)

SMITH ALLING PS
ATTORNEYS AT LAW

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

1  The Parties' stipulation to continue the noting date on Defendant's Motion for Summary Judgment on Issue of Whether the Work Alert Text Messaging System Qualifies as an ATDS Given the Amount of "Human Intervention" Necessary to Operate the System (hereinafter "Motion for Summary Judgment") came before the Court.

The Court hereby GRANTS the stipulation to continue the noting date on Defendant's Motion for Summary Judgment. The noting date on Defendant's Motion for Summary Judgment shall be continued from March 11, 2016 to July 15, 2016. Defendant will supplement its responses to Plaintiffs' document requests to include relevant ATDS discovery and to produce certain class data, limited to Labor Ready Midwest, Inc., which was requested in Interrogatories Nos. 2, 3, and 4, and RFP No. 2, 3 and 4 and Defendant will do so as soon as possible. Following the Parties' mediation and prior to May 20, 2016, Plaintiff will take the depositions of Carolyn Ascheman and Kevin Krueger and Defendant will take the deposition of Plaintiff Daniel Joseph. Plaintiff's opposition to the Motion for Summary Judgment shall be due on June 21, 2016. Defendant's reply to the Motion for Summary Judgment shall be due on July 11, 2016. No additional summary judgment motions or class certification motions and/or briefing may be filed prior to the issuance of a decision on the Motion for Summary Judgment.

PROPOSED ORDER
(Case No. 3:14-cv-05963-BHS) – Page 1

SMITH | ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

IT IS SO ORDERED.

Dated this __8__ day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

Presented by:
ONGARO PC

By: _/s/ David R. Ongaro_
David R. Ongaro, admitted *pro hac vice*
50 California Street, Suite 3325
San Francisco, CA 94111
Telephone: (415) 433-3900
Facsimile: (415) 433-3950

*Attorneys for Defendant TrueBlue, Inc.*

PROPOSED ORDER
(Case No. 3:14-cv-05963-BHS) – Page 2

SMITH | ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123