DAVID R. ONGARO, CA SBN 154698 (admitted *pro hac vice*)
dongaro@ongaropc.com
AMELIA D. WINCHESTER, CA SBN 257928 (admitted *pro hac vice*)
awinchester@ongaropc.com
ONGARO PC
50 California Street, Suite 3325
San Francisco, CA  94111
Telephone:  (415) 433-3900
Facsimile:  (415) 433-3950

Michael E. McAleenan, WSBA #29426
SMITH ALLING, PS
Attorneys for Defendants
1515 Dock Street, Suite 3
Tacoma, WA  98402
253-627-1091
253-627-0123 (fax)
mmc@smithalling.com
julie@smithalling.com

*Attorneys for Defendant TrueBlue, Inc.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JOSEPH, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUEBLUE, INC. d/b/a LABOR READY, INC., and TRUEBLUE, INC., Washington corporations,<br><br>Defendants. | No. 3:14-cv-05963-BHS<br><br>**NOTICE TO WITHDRAW PENDING MOTION:** [DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ISSUE OF WHETHER THE WORK ALERT TEXT MESSAGING SYSTEM QUALIFIES AS AN "ATDS" GIVEN THE AMOUNT OF "HUMAN INTERVENTION" NECESSARY TO OPERATE THE SYSTEM]<br><br>NOTE ON MOTION CALENDAR: JULY 15, 2016 |

NOTICE TO WITHDRAW PENDING MOTION
(Case No. 3:14-cv-05963-BHS)

SMITH | ALLING PS
ATTORNEYS AT LAW

1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

To the Court, all parties, and their counsel of record: Please take notice that Defendant is withdrawing its Motion for Summary Judgment on Issue of Whether the Work Alert Text Messaging System Qualifies as an "ATDS" Given the Amount of "Human Intervention" Necessary to Operate the System, which is noted for July 15, 2016.

Dated:  June 16, 2016                     ONGARO PC

                                          By     */s/ David R. Ongaro*
                                              David R. Ongaro

                                              *Attorney for Defendant TRUEBLUE, INC.*

Dated:  June 16, 2016                     SMITH ALLING, PS


                                          By     */s/ Mike McAleenan*
                                              Michael E. McAleenan
                                              WSBA #29426

                                              *Attorney for Defendant TRUEBLUE, INC.*

NOTICE TO WITHDRAW PENDING MOTION
(Case No. 3:14-cv-05963-BHS)



1515 Dock Street, Suite 3
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123